**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number *(if known):* _____   Chapter **11**

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Abeinsa Holding Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Teyma USA Inc. |

**3. Debtor's federal Employer Identification Number (EIN)**

8 0 _ 2 4 7 9 4 8 9

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3030   North Central Avenue<br>Number   Street | Number   Street |
| Suite 808 | P.O. Box |
| Phoenix              AZ 85012<br>City              State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Maricopa County<br>County | Number   Street |
| | City              State      ZIP Code |

**5. Debtor's website** (URL)    www.abengoa.com (parent); www.abeinsa.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Abeinsa Holding Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  5  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

             District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See Schedule 1 _____  Relationship _____

       District _____  When _____
                                               MM / DD / YYYY

       Case number, if known _____

| Debtor | Abeinsa Holding Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  See attached for an additional answer to question 12.

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Abeinsa Holding Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**
(on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03  28  2016
MM / DD / YYYY

**X** _____
Signature of authorized representative of debtor

Title  **Treasurer**

Javier Ramirez
Printed name

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date  03/29/2016
MM / DD / YYYY

R. Craig Martin
Printed name

DLA Piper LLP (US)
Firm name

1201    North Market Street
Number    Street

Wilmington
City

DE
State

19801
ZIP Code

(302) 468-5700
Contact phone

craig.martin@dlapiper.com
Email address

5032
Bar number

DE
State

---

## SCHEDULE 1

## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (each, a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>") filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Abeinsa Holding Inc.

1.  Abeinsa Holding Inc.
2.  Abengoa Solar, LLC
3.  Abeinsa EPC LLC
4.  Abencor USA, LLC
5.  Inabensa USA, LLC
6.  Nicsa Industrial Supplies, LLC
7.  Abener Construction Services, LLC
8.  Abener North America Construction, LP
9.  Abeinsa Abener Teyma General Partnership
10. Abener Teyma Mojave General Partnership
11. Abener Teyma Inabensa Mount Signal Joint Venture
12. Teyma USA & Abener Engineering and Construction Services General Partnership
13. Teyma Construction USA, LLC

On March 28, 2016, each of the affiliated entities listed below filed respective petitions in this Court for relief under chapter 15 of the Bankruptcy Code, seeking recognition of the foreign proceeding pending in Spain as a foreign main proceeding.

14. Abengoa, S.A.
15. Abeinsa Asset Management, S.L. (formerly Abener Inversiones, S.L.)
16. Abeinsa Inversiones Latam, S.L. (formerly Dimange Inversiones 2009, S.L.)
17. Abeinsa, Ingeniería y Construcción Industrial, S.A.
18. Abencor Suministros S.A.
19. Negocios Industriales y Comerciales, S.A.
20. Abener Energía, S.A.
21. Abengoa Bioenergía, S.A.
22. Abeinsa Infraestructuras Medio Ambiente, S.A. (formerly Befesa Agua)
23. Abengoa Finance, S.A.
24. Abengoa Concessions, S.L.
25. Abengoa Solar España, S.A. (formerly Solúcar Energía, S.A.)
26. Abengoa Solar New Technologies S.A. (formerly Solúcar, Investigación y Desarrollo (Solúcar, R&D), S.A.)
27. Abentel Telecomunicaciones, S.A.
28. Asa Desulfuración, S.A. (formerly Befesa Desulfuración, S.A.)
29. Bioetanol Galicia, S.A.
30. Ecoagrícola, S.A.
31. Instalaciones Inabensa, S.A.

32. Europea de Construcciones Metálicas, S.A.
33. Siema Technologies, S.L. (formerly Telvent Corporation)
34. Teyma, Gestión De Contratos De Construcción E Ingeniería, S.A.
35. Abengoa Water, S.L. (formerly Befesa Water Projects S.L)
36. Abengoa Solar S.A. (formerly Solúcar Solar)
37. Abengoa Greenfield S.A.U.
38. Abengoa Greenbridge, S.A.U.

On February 24, 2016, each of the affiliated entities listed below filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of Missouri for relief under chapter 11 of title 11 of the United States Code.  The bankruptcy cases of the affiliates listed below are jointly administered under the chapter 11 case of Abengoa Bioenergy US Holding LLC [Case No. 16-41161].

39. Abengoa Bioenergy US Holding, LLC                     Case No. 16-41161
40. Abengoa Bioenergy of Nebraska, LLC                    Case No. 16-41163
41. Abengoa Bioenergy Company, LLC                        Case No. 16-41165
42. Abengoa Bioenergy Engineering & Construction, LLC     Case No. 16-41168
43. Abengoa Bioenergy Trading US, LLC                     Case No. 16-41167
44. Abengoa Bioenergy Outsourcing, LLC                    Case No. 16-41171

Finally, involuntary petitions were filed against the three affiliated entities listed below under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska and the United States Bankruptcy Court for the District of Kansas. The bankruptcy cases for affiliate Abengoa Bioenergy of Nebraska, LLC and Abengoa Bioenergy Company, LLC were converted to cases under chapter 11 of the Bankruptcy Code and transferred to the United States Bankruptcy Court for the Eastern District of Missouri as set forth below.

45. Abengoa Bioenergy of Nebraska, LLC            Bankr. E.D. MO, Case No. 16-41336
46. Abengoa Bioenergy Company, LLC                Bankr. E.D. MO, Case No. 16-41364
47. Abengoa Bioenergy Biomass of Kansas, LLC      Bankr. D. KS, Case No. 16-10446

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ABEINSA HOLDING INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-(___) |

## ADDITIONAL ANSWER TO QUESTION 12 TO VOLUNTARY PETITION

Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- The above-captioned debtor (the "Debtor") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate. The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

ABEINSA HOLDING INC.,

Debtor.

Chapter 11

Case No. 16-(___)

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities/individuals own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares |
|---|---|
| Abengoa US Holding LLC | 100% |

Fill in this information to identify the case and this filing

Debtor Name __Abeinsa Holding Inc.__

United States Bankruptcy Court for the:_____ District of Delaware
(State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) U*

☒   *Other document that requires a declaration* Statement of Corporate Ownership_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03  28  2016__
MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

__Javier Ramirez__
Printed name

__Treasurer__
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| ABEINSA HOLDING INC., | Case No. 16-(___) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

| Shareholder | Address of Equity Security Holder | Type of Equity Securities | Percentage of Total Shares |
|---|---|---|---|
| Abengoa US Holding LLC | 1100 Wilson Blvd., Suite 2900 Arlington, VA 22209 | LLC Interests | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  **Abeinsa Holding Inc.**

United States Bankruptcy Court for the: _____  District of Delaware
                                                            (State)

Case number (if known) _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule _____

☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) U

☒  Other document that requires a declaration List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03  28  2016
             MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Javier Ramirez
Printed name

Treasurer
Position or relationship to debtor

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## IN LIEU OF A MEETING

Effective as of the date hereof, the undersigned, being all the members of the Board of Directors (the "Board of Directors") of Abeinsa Holding Inc., a Delaware Corporation (the "Company") in accordance with Section 141(f) of the General Corporation Law of the State of Delaware, do hereby consent to the following actions and adopt the following resolutions, as if such resolutions had been adopted at a duly convened meeting of the Board of Directors of the Company.

### A. Chapter 11 Filing

WHEREAS, the Board of Directors considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

WHEREAS, the Board of Directors have had the opportunity to consult with the management and the Company's financial and legal advisors and to fully consider strategic alternatives available to the Company.

**NOW, THEREFORE, THE BOARD OF DIRECTORS CONSENT TO THE COMPANY'S ADOPTION OF THE FOLLOWING ACTIONS AND RESOLUTIONS:**

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction; and it is further

RESOLVED, that any officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized, empowered, and directed to certify the authenticity of this Written Consent; and it is further

RESOLVED, that each of the Authorized Officers be, and hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company, to execute and deliver any documents or to do such other things which shall in their sole judgment be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof.

**B. Retention of Professionals**

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA PIPER LLP (US) as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DLA PIPER LLP (US); and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

**C. General**

**IT IS FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions approved in this Written Consent; and it is further

**RESOLVED**, that the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Bylaws or applicable law, or hereby waive any right to receive such notice thereunder; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction,

agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by this Written Consent as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.


**Alfonso González Domínguez**
Date: March 28, 2016


**José Fernando Giráldez Ortiz**
Date: March 28, 2016


**Javier Ramirez**
Date: March 28, 2016

| Fill in this information to identify the case: |
|---|
| Debtor name <u>Abeinsa Holding Inc. et al.</u> |
| United States Bankruptcy Court for the: District of Delaware<br>(State) |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 1. | SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT TORRE PICASSO. PLAZA DE PABLO RUIZ PICASSO, 1. 28020. MADRID SPAIN | | 2014 Syndicated Loan Facility | C | | | $1,454,267,983 |
| 2. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $650,000,000 |
| 3. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 550 mm 8.875% due 2018 | C | | | $615,780,000 |

---

[1] Euro-denominated obligations have been converted to USD at the rate of €1 = $1.1196, reported by the Wall Street Journal on March 28, 2016.

Official Form 204

Debtor Name   Abeinsa Holding Inc. et al.              Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 4. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 500 8.50% due 2016 | C | | | $559,800,000 |
| 5. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 500 mm 6.0% due 2021 | C | | | $559,800,000 |
| 6. | DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET, MSNYC 60-2710 NEW YORK, NY 10005 | | $450 mm 7.75% due 2020 | C | | | $450,000,000 |
| 7. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 375 mm 7.0% due 2020 | C | | | $419,850,000 |
| 8. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $300 million 6.5% Senior Notes due 2019 issued by Abengoa Greenfield, S.A. | C | | | $300,000,000 |
| 9. | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 265 million 5.5% Senior Notes due 2019 issued by Abengoa Greenfield, S.A. | C | | | $296,694,000 |

Debtor Name  Abeinsa Holding Inc. et al.                    Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 10.  DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 400 mm 6.25% Convertible Notes due 2019 | C | | | $178,015,530 |
| 11.  BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | EUR 125 mm Revolving Facility | C | | | $139,950,000 |
| 12.  AGENSYND, S.L. VELAZQUEZ 78, 4 DERECHA, 28001 MADRID SPAIN | | EUR 106 million loan with final maturity date of 17 March 2016 | C | | | $118,677,600 |
| 13.  EUROPEAN INVESTMENT BANK 98-100 BLVD KONRAD ADENAUER, LUXEMBOURG, L-2950 LUXEMBOURG | | EUR 125 million facility | C | | | $82,745,846 |
| 14.  SUMITOMO MITSUI BANKING CORPORATION 277 PARK AVENUE NEW YORK, NY 10172 | | Financial Debt | | | | $46,500,000 |
| 15.  ARB, INC. 26000 COMMERCENTER DR. LAKE FOREST, CA 92630 | | Litigation | C / U / D | | | $32,943,000 |
| 16.  EL INSTITUTO CREDITO OFICIAL JAIME CERVERA/CONCHI BERROCAL DEPARTMENT OF OPERATIONS PASEO DEL PRADO, 4 28014 MADRID SPAIN | | EUR 30 million ICO financing | C | | | $32,870,672 |

Case 16-10790    Doc 1    Filed 03/29/16    Page 18 of 22

Debtor Name  Abeinsa Holding Inc. et al.          Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim¹ |
| 17. SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT TORRE PICASSO. PLAZA DE PABLO RUIZ PICASSO, 1. 28020. MADRID SPAIN | | Financial Debt | | | | $23,600,000 |
| 18. SIEMENS ENERGY, INC. 4400 ALAFAYA TRAIL ORLANDO, FL 32826-2399 | | Trade Debt | | | | $7,136,015 |
| 19. BANCO FINANTIA RUA GENERAL FIRMINO MIGUEL, 5 1600-100 LISBOA PORTUGAL | | Financial Debt | | | | $7,013,649 |
| 20. ARB, INC 26000 COMMERCENTRE DRIVE LAKE FOREST, CA 92630 | | Trade Debt | | | | $6,535,513 |
| 21. MORSE ASSOCIATES, INC. 6904 RIDGEWOOD AVENUE CHEVY CHASE, MD 20815 | | Trade Debt | | | | $4,432,568 |
| 22. LA CAIXA CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA SPAIN | | Financial Debt | | | | $4,209,525 |
| 23. LA CAIXA CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA SPAIN | | Financial Debt | | | | $4,105,257 |
| 24. SANTANDER ESP CC AVDA. DE CANTABRIA S/N EDIF. AMAZONIA PLTA. BAJA.28660 BOADILLA DEL MONTE, MADRID SPAIN | | Financial Debt | | | | $3,585,681 |

Case 16-10790    Doc 1    Filed 03/29/16    Page 19 of 22

Debtor Name  Abeinsa Holding Inc. et al.    Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 25. ROSENDIN ELECTRIC, INC. 880 MABURY RD. SAN JOSE, CA 95133 | | Trade Debt | | | | $2,971,338 |
| 26. COMERICA CC 411 WEST LAFAYETTE, 5TH FLOOR, MC 3324 DETROIT, MI 48226 UNITED STATES | | Financial Debt | | | | $2,922,981 |
| 27. THE CALVERT COMPANY 120 AZTEC DRIVE RICHLAND, MS 39218 | | Trade Debt | | | | $2,526,676 |
| 28. BANCO POPULAR PASEO DE RECOLETOS, 19 2ª PLANTA 2, 28004 MADRID SPAIN | | Trade Debt | | | | $2,471,256 |
| 29. ROYAL BANK OF SCOTLAND 600 WASHINGTON BLVD., STAMFORD, CT 06901 | | Financial Debt | | | | $2,320,652 |
| 30. FHI PLANT SERVICES, INC. 2672 ABEIS LANE LAS VEGAS, NV 89115 | | Trade Debt | | | | $2,192,987 |
| 31. POPULAR CALLE ALCALA NO. 26 , MADRID ESPAN SPAIN | | Financial Debt | | | | $2,057,563 |
| 32. BANK OF AMERICA 201 E. WASHINGTON ST, 22ND FL. PHOENIX, AZ 85004 UNITED STATES | | Financial Debt | | | | $1,996,797 |
| 33. NEWJAC, INC. 415 S. GRANT STREET LEBANON, IN 46052 | | Trade Debt | | | | $1,847,999 |

Debtor Name  Abeinsa Holding Inc. et al.                                                        Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 34. | BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | Bank Loans | U | | | $1,782,371 |
| 35. | MARSH USA INC. 14834 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | Trade Debt | | | | $1,745,835 |
| 36. | INGENIERÍA Y MONTAJES LOINTEK, S.L. AITA GOTZON, 37 URDULIZ (VIZCAYA) 48610 SPAIN | | Trade Debt | | | | $1,642,687 |
| 37. | UNITED RENTALS (NORTH AMERICA), INC. 6125 LAKEVIEW RD., STE 300 CHARLOTTE, NC 28269 | | Litigation | C / U / D | | | $1,624,030 |
| 38. | BIGGE CRANE & RIGGING CO. 14511 INDUSTRIAL CIRCLE LA MIRADA, CA 90638 | | Litigation | C / U / D | | | $1,596,465 |
| 39. | JANUS FIRE SYSTEMS 1102 RUPCICH DRIVE CROWN POING, IN 46307 | | Trade Debt | | | | $1,532,714 |
| 40. | UNITED RENTALS - RSC EQUIPMENT 1429 NORTH PINAL AVE CASA GRANDE, AZ 85122 | | Trade Debt | | | | $1,475,476 |
| 41. | ROYAL BANK OF SCOTLAND 600 WASHINGTON BLVD., STAMFORD, CT 06901 | | Financial Debt | | | | $1,435,676 |
| 42. | SYNFLEX INSULATION, LLC 312 BOB SMITH, SUITE #G BAYTOWN, TX 77521 | | Trade Debt | | | | $1,334,637 |

Debtor Name  Abeinsa Holding Inc. et al.

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 43. | AMERICAN PIPING PRODUCTS, INC. 18333 WINGS CORPORATE DRIVE CHESTERFIELD, MO 63005 | | Trade Debt | | | | $1,286,068 |
| 44. | SEVES CANADA, INC. 172 MERIZZI, ST. LAURENT QUEBEC, QC H4T1S4 | | Trade Debt | | | | $1,269,500 |
| 45. | ETHOSENERGY - WOOD GROUP INC 10455 SLUSHER DR. SANTA FE SPRINGS, CA 90670 | | Trade Debt | | | | $1,159,422 |
| 46. | WORLD ELECTRIC SUPPLY 2151 BLOUNT ROAD PAMPANO BEACH, FL 33069 | | Trade Debt | | | | $1,026,730 |
| 47. | COMERICA CC 411 WEST LAFAYETTE, 5TH FLOOR, MC 3324 DETROIT, MI 48226 UNITED STATES | | Financial Debt | | | | $953,590 |
| 48. | UNITED RENTALS, INC. 2358 N. 1ST STREET HERMISTON, OR 97838 | | Trade Debt | | | | $923,088 |
| 49. | SPX CORPORATION 19191 HEMPSTEAD HIGHWAY HOUSTON, TX 77065 | | Trade Debt | | | | $888,095 |
| 50. | AON RISK INSURANCE SERVICES WEST P.O. BOX 849832 LOS ANGELES, CA 90084-9832 | | Trade Debt | | | | $887,465 |

Fill in this information to identify the case and this filing:

Debtor Name <u>Abeinsa Holding Inc. et al.</u>

United States Bankruptcy Court for the: Eastern District of <u>Missouri</u>
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐      *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐      *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐      *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐      *Schedule H: Codebtors (Official Form 206H)*

☐      *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐      *Amended Schedule* _____

☒      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204) Presented on a Consolidated Basis*

☐      *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>07 25 2016</u>        x _____
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 <u>William H Runge, III</u>
                                 Printed name

                                 <u>Managing Director of Alvarez & Marsal North America, LLC</u>
                                 Position or relationship to debtor