**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Abeinsa Holding, Inc. *et al*. | : | Case No. 16-10790 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Societe Generale, as Agent to the 2014 €1.4 Billion Syndicated Loan,** Attn: Sue Waterhouse, 245 Park Ave., New York, NY 10167, Phone: 212-278-6530, Fax: 212-278-6944

2. **Deutsche Trustee Company Limited ,** Attn: Ranjit Mather and Leigh Cobb, Winchester House, 1 Great Winchester St., London, EC2N 2DB, UK, Phone: 44-207-547-7093, Fax: 44-207-547-6732

3. **Deutsche Bank Trust Company Americas,** Attn: Brendan Meyer, 100 Plaza One, 6th Fl., Jersey City, NJ 07311, Phone: 201-593-8545, Fax: 646-502-4546

4. **FHI Plant Services,** Attn: Nigel Lyons, 2200 E. Williams Field Rd., Ste. 200, Gilbert, AZ 85295, Phone: 702-580-1466, Fax: 480-584-6607

5. **Archer Daniels Midland Co.**, Attn: Gary W. Barry, 4666 Faries Pkwy., Decatur, IL 62526, Phone: 217-424-5244, Fax: 217-424-6187

ANDREW R. VARA
Acting United States Trustee, Region 3


*/s/ Richard L. Schepacarter  for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: April 13, 2016

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: R. Craig Martin, Esquire, Phone: (302) 468-5655; Fax (302) 778-7834