**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ABEINSA HOLDING INC., *et al*., | Case No. 16-10790 (KJC) |
| Debtors.[1] | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF**
**SIEMENS INDUSTRY, INC. AND SIEMENS ENERGY, INC. TO**
**FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters their appearance for Siemens Industry, Inc. ("SII") and Siemens Energy, Inc. ("SEI", together with SII, "Siemens") and requests that Siemens be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses, facsimile numbers or e-mail addresses:

| | |
|---|---|
| Claudia Z. Springer, Esq. | Emily Devan, Esq. |
| Jennifer P. Knox, Esq. | REED SMITH LLP |
| REED SMITH LLP | 1201 Market Street, Suite 1500 |
| Three Logan Square | Wilmington, DE 19801 |
| 1717 Arch Street | Telephone: (302) 778-7500 |
| Suite 3100 | Facsimile: (302) 778-7575 |
| Philadelphia, PA 19103 | E-mail: edevan@reedsmith.com |
| Telephone: (215) 851-8100 | |
| Facsimile: (215) 851-1420 | |
| E-mail: cspringer@reedsmith.com | |
| jknox@reedsmith.com | |

---

[1] The debtors in these Chapter 11 cases, together with the last four digits of each debtor's federal tax identification number, are as follows: Abeinsa Holding Inc. (9489); Abeinsa EPC LLC (1176); Abencor USA, LLC (0184); Abener Construction Services, LLC (0495); Abener North America Construction, LP (5989); Abenqoa Solar, LLC (6696); Inabensa USA, LLC (2747); Nicsa Industrial Supplies LLC (9076); Teyma Construction USA, LLC (0362); Abeinsa Abener Teyma General Partnership (2513); Abener Teyma Mojave General Partnership (2353); Abener Teyma Inabensa Mount Signal Joint Venture (9634); Teyma USA & Abener Engineering and Construction Services General Partnership (6534).

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Siemens' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Siemens is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 15, 2016                                    Respectfully submitted,
       Wilmington, Delaware
                                                  REED SMITH LLP

                                        By: */s/ Emily Devan*
                                                  Emily Devan (No. 6104)
                                                  1201 Market Street, Suite 1500
                                                  Wilmington, DE 19801
                                                  Telephone:  (302) 778-7500
                                                  Facsimile:  (302) 778-7575
                                                  E-mail:  edevan@reedsmith.com

                                                  *Counsel for Siemens Industry, Inc. and Siemens Energy, Inc.*