**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter  11

                                          Case No.  16 - 10790  ( KJC )

Debtor:  Abeinsa Holding Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Michael D. Prough, Esquire  to represent  RLI Insurance Company  in this action.

/s/ Kathleen M. Miller

Firm Name: Smith, Katzenstein & Jenkins LLP
Address: 1000 West St., Ste. 1501, P.O. Box 410, Wilmington, DE 19899
Phone: 302.652.8400
Email: kmiller@skjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Michael D. Prough

Firm Name: Morison & Prough, LLP
Address: 2540 Camino Diablo, Suite 100 Walnut Creek, CA 94597
Phone: 925.937.9990
Email: mdp@morisonprough.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105

In addition to being a member of the Bar of the State of California, Michael D. Prough, Esquire, is admitted to practice before the United States Court of Appeals for the Fifth, Sixth, Seventh and Ninth Circuits; and the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the District of Hawaii, the Southern District of Indiana, the Eastern District of Michigan, and the Eastern District of Wisconsin.