**Fill in this information to identify the case:**

Debtor name  Teyma USA & Abener Engineering and Construction Services General Partnership

United States Bankruptcy Court for the: _____ District of Delaware
                                                                  (State)

Case number (If known):   16-10799 _____

☒ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 132.55

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | ___ ___ ___ ___ | $ 119,267.31 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 119,399.86

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. None | $ 0.00 |
| 7.2. | $ |

Debtor       Teyma USA & Abener Engineering and Construction Services General Partnership      Case number *(if known)* 16-10799
Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1.  None _____   $_____0.00

    8.2.  _____   $_____

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.      $_____0.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. Accounts receivable

    11a. 90 days old or less:  _____ – _____ = ........➡   $_____
                                 face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ – _____ = ........➡   $_____
                                 face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____0.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:

    15.1. _____   _____%   _____   $_____

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $_____0.00

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership    Case number (if known) 16-10799
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor  Teyma USA & Abener Engineering and Construction Services General Partnership    Case number *(if known)* 16-10799
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$\boxed{\$\ _____\ 0.00}$

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$\boxed{\$\ _____\ 0.00}$

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  <u>Teyma USA & Abener Engineering and Construction Services General Partnership</u>    Case number (if known) <u>16-10799</u>
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership     Case number (if known)  16-10799
      Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

  ☒ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

      $_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☐ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☒ No. Go to Part 11.

  ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

      $_____0.00

---

Debtor   Teyma USA & Abener Engineering and Construction Services General Partnership     Case number (*if known*)   16-10799
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ — _____ = ➜  $_____ 0.00
                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____   Tax year _____   $_____ 0.00
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See attached rider _____   $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____ Undetermined

**Nature of claim**   Potential project-related contractual causes of action

**Amount requested**   $_____ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____   $_____ 0.00

**Nature of claim** _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

None _____   $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached rider _____   $_____ 8,402,353.92
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____ 8,402,353.92
                                                       + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership    Case number *(if known)*____16-10799_____
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 119,399.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 8,402,353.92 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 8,521,753.78 <br> + undetermined amounts | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | | $ 8,521,753.78 <br> + undetermined amounts |

Debtor Name: Teyma USA & Abener Engineering and Construction                    Case Number: 16-10799
Services General Partnership

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANKINTER | Checking | 0025 | $551.38 |
| BANKINTER | Checking | 0155 | $202.24 |
| BANKINTER | Checking | 0197 | $899.14 |
| BANCO SANTANDER | Checking | 0396 | $26,107.51 |
| BANCO POPULAR | Checking | 1584 | $489.88 |
| BANCO SANTANDER | Checking | 1708 | $14,257.69 |
| LA CAIXA | | 1848 | $195.79 |
| HSBC | | 2010 | $913.73 |
| BANCO SANTANDER | Checking | 2097 | $301.93 |
| BANCO SANTANDER | Checking | 2101 | $-2,565.49 |
| LA CAIXA | | 2516 | $0.00 |
| BANCO POPULAR | Checking | 3139 | $683.19 |
| BANCO SANTANDER | Checking | 3278 | $0.00 |
| CALIFORNIA BANK & TRUST | Pledged | 4239 | $27,002.71 |
| COMERICA BANK | Checking | 5066 | $34,335.06 |
| ARIZONA BANK & TRUST | | 5275 | $0.00 |
| BANCO SANTANDER | | 5864 | $2,357.36 |
| BANK OF AMERICA | Checking | 6134 | $13,535.19 |
| BANCO SANTANDER | | 7270 | $0.00 |
| | | **TOTAL** | **$119,267.31** |

Debtor Name: Teyma USA & Abener Engineering and Construction
Services General Partnership

Case Number: 16-10799

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. | Comm. Umbrella | AUC5571450 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Comm. Automobile | BAP5921453 | Undetermined |
| LEXINGTON INSURANCE CO. | Comm. General Liability | 27712390 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Comm. Management Liability | 596602671 | Undetermined |
| TRAVELERS PROPERTY CASUALTY INS. CO. | Property/Inland Marine | QT6601G915786TIA15 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers' Compensation | WC9847571 | Undetermined |
| QBE SPECIALTY INSURANCE CO. | Directors & Officers | QPL0183231 | Undetermined |
| ALLIED WORLD ASSURANCE INC. | Excess Directors & Officers | 3100491 | Undetermined |
| AIG EUROPE LIMITED | Directors & Officers (ABG Policy) | EA13DO1182 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers Compensation (Wrap-Up Policy) | WC 6726306-00 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | General Liability (Wrap-up) | GLO 6726305 | Undetermined |
| STEADFAST INSURANCE COMPANY, GREAT LAKES REINSURANCE (UK) PLC, CHARTIS/LEXINGTON, ACE BERMUDA, ALTERRA BERMUDA. | Liquidated Damages | 2010/01TH1100002 | Undetermined |
| | | TOTAL | $0.00 + undetermined amounts |

Debtor Name:    Teyma USA & Abener Engineering and                   Case Number:        16-10799
                Construction Services General Partnership

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Abeinsa Abener Teyma GP | $3,690,612.00 |
| Intercompany Receivable - Abener Construction Services LLC | $22,065.75 |
| Intercompany Receivable - Abengoa S.A. | $509,389.77 |
| Intercompany Receivable - Arizona Solar One | $64,864.90 |
| Intercompany Receivable - ASI Operations Inc. | $4,093,355.75 |
| Intercompany Receivable - Teyma Construction USA LLC | $22,065.75 |
| TOTAL | $8,402,353.92 |

**Fill in this information to identify the case:**

Debtor     <u>Teyma USA & Abener Engineering and Construction Services General Partnership</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>
                                                     (State)

Case number   <u>16-10799</u>
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* | 16-10799 |
|--------|---|---|---|
| | Name | | |

<div style="background:black;color:white;padding:2px;">

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

</div>

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$                184,076.37

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

---

**3.2** **Nonpriority creditor's name and mailing address**
ABEINSA ENGINEERING SL
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS
ALTAS 41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$                172,379.16

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

---

**3.3** **Nonpriority creditor's name and mailing address**
ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$             1,192,639.93

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

---

**3.4** **Nonpriority creditor's name and mailing address**
ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$                297,606.40

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

---

**3.5** **Nonpriority creditor's name and mailing address**
ABENER ENGINEERING AND CONSTRUCTION SERVICES, LLC
14522 S OUTER 40 RD
STE 400
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$                122,741.87

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

---

**3.6** **Nonpriority creditor's name and mailing address**
ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS
ALTAS, SEVILLE 41014
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$           141,102,079.65

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $116,695,400.00

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $415,000.00

AMEC FOSTER WHEELER ENERGIA SLU.
GABRIEL GARCÍA MARQUEZ, 2
LAS ROZAS, 28230 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $89,473.93

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $137,612,500.00

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $143,432.23

BAY INSULATION OF ARIZONA INC
2929 WALKER DR
GREEN BAY, WI 54311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
_____
Name

Case number *(if known)* __16-10799__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $16,049.70

BORDER CONSTRUCTION SPECIALTIES, LL
3880 E. BROADWAY RD.
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $15,000.00

BRAHMA GROUP INC
1132 S 500 WEST
SALT LAKE CITY, UT 84101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $230,325.48

BRAND ENERGY SOLUTIONS, LLC
2516 E UNIVERSITY DR
PHOENIX, AZ 85034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $82,254.00

CONSTRUC. MET MEXICANAS S.A. DE C.V.
AUTOPISTA QUERETARO-CELAYA KM 16 S/N
CALERA DE OBRAJUELO
APASEO EL GRANDE, 38180 MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $247,216.49

CROWN SOLUTIONS, LLC
945 SOUTH BROWN SCHOOL RD.
VANDALIA, OH 45377

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white;"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**

**Nonpriority creditor's name and mailing address**                                            $118.24

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINI VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.18**

**Nonpriority creditor's name and mailing address**                                    $178,015,530.00

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.19**

**Nonpriority creditor's name and mailing address**                                    $450,000,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.20**

**Nonpriority creditor's name and mailing address**                                    $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.21**

**Nonpriority creditor's name and mailing address**                                    $605,495,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.22** | **Nonpriority creditor's name and mailing address** | $650,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | $412,837,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | $300,000,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | $291,738,500.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
Name                                                                                            Case number *(if known)* __16-10799__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**    **Nonpriority creditor's name and mailing address**                                                                $25,751.87

DRAKE MATERIALS                                    **As of the petition filing date, the claim is:**
5745 N. SCOTTSDALE RD, SUITE B.110                 *Check all that apply.*
SCOTTDALE, AZ 85250
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☒ No
                                                     ☐ Yes

---

**3.28**    **Nonpriority creditor's name and mailing address**                                                                $10,651.34

DURKIN EQUIPMENT COMPANY                            **As of the petition filing date, the claim is:**
CHAFFE ST                                          *Check all that apply.*
ST. LOUIS, MO 63146
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☒ No
                                                     ☐ Yes

---

**3.29**    **Nonpriority creditor's name and mailing address**                                                                $32,870,672.20

EL INSTITUTO CREDITO OFICIAL                        **As of the petition filing date, the claim is:**
JAIME CERVERA/CONCHI BERROCAL                       *Check all that apply.*
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4                                  ☒ Contingent
MADRID, 28014 SPAIN                                 ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☒ No
                                                     ☐ Yes

---

**3.30**    **Nonpriority creditor's name and mailing address**                                                                $110,412.83

ERROL L. MONTGOMERY & ASSOC., INC.                 **As of the petition filing date, the claim is:**
1550 E. PRINCE ROAD                                *Check all that apply.*
TUCSON, AZ 85719
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☒ No
                                                     ☐ Yes

---

**3.31**    **Nonpriority creditor's name and mailing address**                                                                $82,745,845.80

EUROPEAN INVESTMENT BANK                            **As of the petition filing date, the claim is:**
98-100 BLVD KONRAD ADENAUER                         *Check all that apply.*
LUXEMBOURG, L-2950 LUXEMBOURG
                                                   ☒ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Basis for the claim:** Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☒ No
                                                     ☐ Yes

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.32 | **Nonpriority creditor's name and mailing address** | | $11,840.00 |
|---|---|---|---|

EXA ARCHITECTS
4544 E CAMP LOWELL DR. SUITE 146
TUCSON, AZ 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $1,305.28 |
|---|---|---|---|

FEDEX - PASADENA, CA
PO BOX 7221
PASADENA, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $375,142.14 |
|---|---|---|---|

FHI PLANT SERVICES
2672 ABELS LN
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

FHI PLANT SERVICES, INC
14525 SW MILLIKAN WAY, #7790
BEAVERTON, OR 97005-2343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 9096643 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 8 of 21 |
|---|---|---|

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**

**Nonpriority creditor's name and mailing address**                                          $828.82

FLEETCOR TECHNOLOGIES, INC.
420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.38**

**Nonpriority creditor's name and mailing address**                                          $8,177.80

FLOWSERVE CORPORATION
1909 EAST CASHDAN ST
RANCHO DOMINGUEZ, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.39**

**Nonpriority creditor's name and mailing address**                                          $57,747.86

FREEPORT LOGISTICS
431 N. 47TH AVENUE
PHOENIX, AZ 85043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.40**

**Nonpriority creditor's name and mailing address**                                          $10,150.00

GANNETT FLEMING, INC.
4722 NORTH 24TH STREET
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.41**

**Nonpriority creditor's name and mailing address**                                          $180,938.00

GE MOBILE WATER INC
4545 PATENT ROAD
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | **Nonpriority creditor's name and mailing address** | | $192.06 |
|---|---|---|---|

GILA BOTTLES
PO BOX 29
GILA BEND, AZ 85337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                              ☒ No
                                                                 ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

H&E EQUIPMENT SERVICES
TIMOTHY G. SCANLON; KLIEN, DENATALE, GOLDNER,
COOPER, ROSNELIES &* KIMBALL, LLP
4550 CALFIORNIA AVE., 2ND FL
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                              ☒ No
                                                                 ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | | $134.25 |
|---|---|---|---|

H2O ENVIRONMENTAL SERVICES
6679 S SUPPLY WAY, BOISE ID 83716
CHANDLER, AZ 85246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                              ☒ No
                                                                 ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | | $27,893.29 |
|---|---|---|---|

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                              ☒ No
                                                                 ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | | $1,642,687.15 |
|---|---|---|---|

INGENIERÍA Y MONTAJES LOINTEK, S.L.
AITA GOTZON, 37
URDULIZ (VIZCAYA), 48610 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                              ☒ No
                                                                 ☐ Yes

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
_____
Name

Case number *(if known)* __16-10799__

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.47**  **Nonpriority creditor's name and mailing address**                                                                $290.00

KNIGHTHAWK ENGINEERING, INC
KNIGHTHAWK ENGINEERING, INC
HOUSTON, TX 77058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.48**  **Nonpriority creditor's name and mailing address**                                                          $4,105,256.63

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financing Debt Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.49**  **Nonpriority creditor's name and mailing address**                                                            $64,736.31

LIBERTY INDUSTRIAL GROUP, INC
1132 SOUTH 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.50**  **Nonpriority creditor's name and mailing address**                                                        $Undetermined

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.51**  **Nonpriority creditor's name and mailing address**                                                        $Undetermined

Liberty Mutual Insurance Company,Fidelity and Deposit Company of
Maryland
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150892,9130854 issued in favor of MMC Contractors National, Inc..

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Teyma USA & Abener Engineering and Construction Services General Partnership
         Name

Case number (if known) 16-10799

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**   Nonpriority creditor's name and mailing address                                    $24,202.58

LUDVIK ELECTRIC CO
1020 E. UNIVERSITY DR.
PHOENIX, AZ 85034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.53**   Nonpriority creditor's name and mailing address                                    $54.91

M&M PORTABLE TOILETS
108 N.MARTIN AVENUE, REARYARD
GILA BEND, AZ 85337

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.54**   Nonpriority creditor's name and mailing address                                    $233,845.79

MATRIX SERVICES, INC.
5100 E. SKELLY DR.
TULSA, OK 74135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.55**   Nonpriority creditor's name and mailing address                                    $18,862.69

MEAD OBRIEN INC
10800 MIDWEST INDUSTRIAL BOULEVARD
ST. LOUIS, MO 63132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.56**   Nonpriority creditor's name and mailing address                                    $8,359,094.00
                                                                                              + undetermined amounts

MMC CONTRACTORS NATIONAL, INC.
C/O DUBOIS, BRYANT & CAMPBELL, LLP
MATTHEW SULLIVAN & DAVID ROWE
700 LAVACA ST., SUITE 1300
AUSTIN, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
    Name

Case number *(if known)*  16-10799

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**  **Nonpriority creditor's name and mailing address**                                          $64,411.83

MOBILE FORCE LLC
5283 SOUTH DESERT VIEW DR.
APACHE JUNCTION, AZ 85220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.58**  **Nonpriority creditor's name and mailing address**                                          $1,259.50

MODULAR SPACE CORPORATION
1200 SWEDESFORD RD
BERWYN, PA 19312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.59**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.60**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.61**  **Nonpriority creditor's name and mailing address**                                          $274,197.21

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 13 of 21

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
_____
Name

Case number (if known)  16-10799

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** | **Nonpriority creditor's name and mailing address** | $5,996.32

NEWJAC, INC
415 SOUTH GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | $60,000.00

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | $3,262.00

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | $58.41

OFFICE FURNITURE SOLUTIONS
12822 W.ALEGRE ROAD DRIVE
LITCHFIELD PARK, AZ 85340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | $15,281.91

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
Name

Case number *(if known)* 16-10799

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.67 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | $3,385.20 |

PHOENIX NATIONAL LABORATORIES, INC.
2837 E. CHAMBERS ST.
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | $26,426.00 |

PHOENIX PUMPS, INC.
5100 36TH STREET
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | $18,684.28 |

POLYGON US CORPORATION
BLDG F 15 SHARPNERS POND ROAD
NORTH ANDOVER, MA 01845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.71 | **Nonpriority creditor's name and mailing address** | | $2,057,563.24 |

POPULAR
CALLE ALCALA NO. 26 , MADRID ESPAN
MADRID, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financing Debt Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 15 of 21

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
          _____
          Name

Case number *(if known)* __16-10799__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** | **Nonpriority creditor's name and mailing address** | $82,000.46

PRAXAIR DISTRIBUTION INC
2506 IRVING BLVD
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.73** | **Nonpriority creditor's name and mailing address** | $625,178.83

RESOURCE WEST INC.
326 MAIN ST., SUITE 230
GRAND JUNCTION, CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.74** | **Nonpriority creditor's name and mailing address** | $Undetermined

SAFECO Insurance Company of America
SAFECO PLAZA
1001 FOURTH AVENUE
SEATTLE, WA 98154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 6693496 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75** | **Nonpriority creditor's name and mailing address** | $9,800.00

SEAL LABS. (EAG, INC)
2710 WALSH AVENUE
SANTA CLARA, CA 95051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.76** | **Nonpriority creditor's name and mailing address** | $Undetermined

SLATER CONTROLS
C/O STEWART MCKEEHAN
617 E. 7TH ST.
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
| --- | --- | --- |
| | Name | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** | **Nonpriority creditor's name and mailing address** | $15,827.34

SMITH PRECAST INC DBA
2410 W. BROADWAY RD
PHOENIX, AZ 85041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.78** | **Nonpriority creditor's name and mailing address** | $1,454,267,982.90

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.79** | **Nonpriority creditor's name and mailing address** | $1,100,900.00

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.80** | **Nonpriority creditor's name and mailing address** | $17,243.03

STRAIGHT ARROW CONTRACTING
10120 W SOUTHERN AVE
TOLLESON, AZ 85353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.81** | **Nonpriority creditor's name and mailing address** | $654.45

SUMMIT FIRE PROTECTION
38 FOUNTAIN SQUARE
CINCINATTI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** | Nonpriority creditor's name and mailing address | $864,993.69

TEYMA CONSTRUCTION USA, LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | $5,503.07

TRES RIOS CONSULTING ENGINEERS, INC
4820 E MCDOWELL ROAD, SUITE 101
PHOENIX, AZ 85008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | $6,740.10

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | $179,993.93

UNITED RENTALS - RSC EQUIPMENT
1429 NORTH PINAL AVE
CASA GRANDE, AZ 85122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | $773,233.59

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Teyma USA & Abener Engineering and Construction Services General Partnership
_____
Name

Case number *(if known)* __16-10799__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | **Nonpriority creditor's name and mailing address** | | $5,277.58

VALENTE ENT DBA VAL TECH MANUFACTUR
1034 W.23RD ST
TEMPE, AZ 85282

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | | $440,558.82

VEOLIA WATER TECHNOLOGIES, INC
913 INDUSTRIAL PARK DRIVE
VANDALIA, OH 45377

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | | $12,045.54

WEINBERGER WASTE DISPOSAL
3425 S. 43 RD AVENUE,
PHOENIX, AZ 85009

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | | $853,051.17

WESTERN OILFIELDS SUPPLY COMPANY
5101 OFFICE PARK DRIVE
BAKERSFIELD, CA 93309

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | | $1,133.22

WESTERN TECHNOLOGIES INC
E. BROADWAY ROAD
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership    Case number (if known)  16-10799
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

| 3.92 | **Nonpriority creditor's name and mailing address** | | $65.96 |

WESTERN TECHNOLOGIES INC.                    **As of the petition filing date, the claim is:**
EAST BROADWAY ROAD 3737                      *Check all that apply.*
PHOENIX, AZ 85040                            ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☒ No
                                                      ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

WILLIAM KISER & KELLY KISER, PLAINTIFFS                **As of the petition filing date, the claim is:**
C/O BREYER LAW OFFICES, MARK BREYER & BRIAN FAWBER     *Check all that apply.*
3840 E. RAY ROAD                                       ☒ Contingent
PHOENIX, AZ 85044                                      ☒ Unliquidated
                                                       ☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☒ No
                                                      ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

ZURICH AMERICAN INSURANCE COMPANY                     **As of the petition filing date, the claim is:**
1400 AMERICAN LN                                      *Check all that apply.*
SCHAUMBURG, IL 60196                                  ☒ Contingent
                                                      ☒ Unliquidated
                                                      ☒ Disputed

**Basis for the claim:** Project based workers compensation and other insurance

**Date or dates debt was incurred**                   **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ | 5,980,284,246.63<br>+ undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,980,284,246.63<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Teyma USA & Abener Engineering and Construction Services General Partnership

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):  16-10799 _____

X ☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.2 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.3 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.4 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.5 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.6 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership
          Name

Case number (if known)  16-10799

| ▮ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.8 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.9 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.10 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ❏ D<br>☒ E/F<br>☒ G |
| 2.11 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.12 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.13 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ❏ D<br>☒ E/F<br>☒ G |
| 2.14 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>❏ E/F<br>❏ G |
| 2.15 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.16 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.17 | Abeinsa Business Development Corp. | | LIBERTY MUTUAL | ❏ D<br>☒ E/F<br>☒ G |

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* 16-10799 |
|--------|------|------|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|--|--|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|--|--|--|--|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.19 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.20 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.21 | Abeinsa EPC, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.22 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.23 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.24 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.25 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.26 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.27 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.28 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership    Case number (if known) __16-10799__
          Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.29 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.30 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.31 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.32 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.33 | Abener Engineering and Construction Services, LLC | 16150 MAIN CIRCLE DRIVE STE 400 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.34 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.35 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.36 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.37 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.38 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.39 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.40 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.41 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.42 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.43 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.44 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.45 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.46 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.47 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.48 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.49 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.50 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

Debtor    Teyma USA & Abener Engineering and Construction Services General Partnership

_____
Name

Case number *(if known)*  16-10799

---

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | Abengoa Bioenergia, S.A. | 850 NEW ROAD<br>SUITE 201<br>DOVER, DE 19904 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.52 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE<br>SUITE 300<br>CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.53 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE<br>SUITE 300<br>CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.54 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101<br>LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.55 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101<br>LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.56 | Abengoa Solar Industrial Systems LLC | | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.57 | Abengoa Solar Industrial Systems LLC | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.58 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS<br>SEVILLA, 41014 SPAIN | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.59 | Abengoa Solar, LLC | 1250 SIMMS STREET<br>SUITE 101<br>LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.60 | Abengoa Solar, LLC | 1250 SIMMS STREET<br>SUITE 101<br>LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.61 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE<br>SUITE 804<br>PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.63 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.64 | Abengoa Transmission & Infraestracture, ULC. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.65 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.66 | Abengoa US Holding, LLC | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.67 | Abengoa Water Holding USA | | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.68 | Abengoa Water Holding USA | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.69 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.70 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.71 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.72 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |

**Schedule H: Codebtors**

| Debtor | Teyma USA & Abener Engineering and Construction Services General Partnership | Case number *(if known)* | 16-10799 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.74 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.75 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.76 | Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.77 | Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.78 | Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.79 | Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Teyma USA & Abener Engineering And Construction Services General Partnership___

United States Bankruptcy Court for the: _____ District of: __Delaware__
                                                                                        (State)

Case number (*If known*):__16-10799_____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☒  Amended *Schedule:* AB, EF, H _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        11/2/2016                        X _____
                        MM /DD/ YYYY                            Signature of individual signing on behalf of debtor

                                                                          Sebastian Felicetti
                                                                          Printed name

                                                                          Authorized Signatory
                                                                          Position or relationship to debtor