# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ABEINSA HOLDING INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10790 (KJC)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 5, 2016 at 2:00 p.m. (ET)**<br>**Related D.I. No. 941** |

## AMENDED NOTICE OF TELEPHONIC STATUS CONFERENCE[2]

**PLEASE TAKE NOTICE** that the telephonic status conference regarding the *Debtors' Modified First Amended Plans of Reorganization and Liquidation* [D.I. No. 941] scheduled before the Honorable Kevin J. Carey, in the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware 19801 has been moved from December 5, 2016 at 3:00 p.m. (Eastern Time) to **December 5, 2016 at 2:00 p.m. (Eastern Time)** at the direction of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Abengoa US Holding, LLC (6871); Abengoa US, LLC (9573); Abengoa US Operations, LLC (1268); Abeinsa Holding Inc. (9489); Abeinsa EPC LLC (1176); Abencor USA, LLC (0184); Abener Construction Services, LLC (0495); Abener North America Construction, LP (5989); Inabensa USA, LLC (2747); Nicsa Industrial Supplies LLC (9076); Teyma Construction USA, LLC (0362); Abeinsa Abener Teyma General Partnership (2513); Abener Teyma Mojave General Partnership (2353); Abener Teyma Inabensa Mount Signal Joint Venture (9634); Teyma USA & Abener Engineering and Construction Services General Partnership (6534); Abener Teyma Hugoton General Partnership (7769); Abengoa Solar, LLC (6696); Abengoa Bioenergy Biomass of Kansas (1119); Abengoa Bioenergy Hybrid of Kansas, LLC (9711); Abengoa Bioenergy Technology Holding, LLC (7424); Abengoa Bioenergy New Technologies, LLC (8466); Abengoa Bioenergy Holdco, Inc. (8864); Abengoa Bioenergy Meramec Holding, Inc. (1803). The chapter 11 case of Abengoa Bioenergy Biomass of Kansas, LLC, Case No. 16-10876, pending before the United States Bankruptcy Court for the District of Delaware (the "Court") is stayed pending further order of the Court.

[2] Parties who are unable to attend the hearing may participate by telephone by contacting CourtCall, an independent conference call company, at 866-582-6878. Please refer to the Court's website at deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

| | |
|---|---|
| Dated: December 5, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>By:   */s/ R. Craig Martin*<br>    R. Craig Martin (DE 005032)<br>    1201 North Market Street, Suite 2100<br>    Wilmington, Delaware 19801<br>    Telephone: (302) 468-5700<br>    Facsimile: (302) 394-2341<br>    craig.martin@dlapiper.com<br><br>-- and –<br><br>    Richard A. Chesley (admitted *pro hac vice*)<br>    203 North LaSalle Street, Suite 1900<br>    Chicago, Illinois 60601<br>    Telephone: (312) 369-4000<br>    Facsimile: (312) 236-7516<br>    Richard.chesley@dlapiper.com<br><br>*Counsel to Debtors and Debtors in Possession* |