OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Abeinsa Abener Teyma General Partnership

Bankruptcy Number: 16-10796-KJC

Date of Confirmation: March 31, 2017

Reporting Period (month/year): April 1st to June 30th, 2017

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $787,107.19 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0.00 | |
| Collection of Accounts Receivable: | $425,882.00 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | $425,882.00 | |
| Total of cash available: | | $1,212,989.19 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 | |
| All other disbursements made in the ordinary course: | $801,362.26 | |
| Total Disbursements | | $801,362.26 |
| Ending Cash Balance | | $411,626.93 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/20/2017
Date                  Maria Guadalupe Delgado Vela, VP of Finance and Accounting

Debtor: Abeinsa Abener Teyma General Partnership

Case Number: 16-10796-KJC

Note: All remaining domestic bank accounts with this Debtor were closed in the second quarter.

Abeinsa Abener Teyma General Partnership
Balance Sheet
As of June 30, 2017
(US Dollars in Thousands)

## ASSETS

| | |
|---|---:|
| Current assets: | |
| Cash and cash equivalents | 412 |
| Restricted cash | - |
| Trade accounts receivable - net | - |
| Income taxes receivable - net | - |
| Accounts receivable - affiliates | 1,391 |
| Funds on deposit with related party | 311 |
| Inventories | - |
| Commodity and other derivative contractual assets | - |
| Accumulated deferred income taxes | - |
| Margin deposits related to commodity contracts | - |
| Other current assets | 19 |
| Total current assets | 2,132 |
| | |
| Restricted cash | - |
| Advances to affiliates | - |
| Receivable from unconsolidated subsidiary | - |
| Investment in subsidiaries | - |
| Other investments | - |
| Property, plant and equipment - net | - |
| Goodwill | - |
| Identifiable intangible assets - net | - |
| Commodity and other derivative contractual assets | - |
| Accumulated deferred income taxes | - |
| Other noncurrent assets | - |
| Total assets | 2,132 |

## LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY

| | |
|---|---:|
| Current liabilities: | |
| Borrowings under debtor-in-possession credit facilities | - |
| Long-term debt due currently | - |
| Trade accounts payable | - |
| Accounts payable - affiliates | - |
| Advances from affiliates | - |
| Commodity and other derivative contractual liabilities | - |
| Margin deposits related to commodity positions | - |
| Accrued income taxes | - |
| Accrued taxes other than income | - |
| Accumulated deferred income taxes | - |
| Accrued interest | - |
| Other current liabilities | 207 |
| Total current liabilities | 207 |
| | |
| Accumulated deferred income taxes | - |
| Commodity and other derivative contractual liabilities | - |
| Advances from affiliates | - |
| Borrowings under debtor-in-possession credit facilities | - |
| Long-term debt, less amounts due currently | - |
| Liabilities subject to compromise | 99,307 |
| Other noncurrent liabilities and deferred credits | - |
| Total liabilities | 99,514 |
| | |
| Membership interests / equity: | |
| Membership interests / shareholders' equity | (97,382) |
| Total liabilities and membership interests / equity | 2,132 |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding. The Debtors' financial statements included in this post-confirmation report do partially reflect the accounting impacts of the global restructuring and effective date of the Debtors' Modified First Amended Plans of Reorganization and Liquidation confirmed by order of the Court of December 15, 2016.

Abeinsa Abener Teyma General Partnership
Bank Accounts as of June 30, 2017
Case No. 16-10796 (KJC)

| Company | Bank Name | Bank Address | Account Description | Account Type (C/S/Inv) | Bank Account No | Balance as of 6/30/17 |
|---|---|---|---|---|---|---|
| Abeinsa Abener Teyma General Partnership | Wells Fargo | 3002 N Central Ave, Phoenix AZ 85012 | Operating | Checking | ******8450 | 197,182.05 |
| Abeinsa Abener Teyma General Partnership | Arizona Bank & Trust | 2036 E Camelback Rd, Phoenix AZ 85016 | Operating | Checking | ******1543 | 214,444.08 |
| Total | | | | | | 411,626.13 |