# EXHIBIT G

**Allowed Class 4 Claims**

| Creditor Name | Debtor | Claim No. | Date Filed | Total Claim Amount | Claim Status |
|---|---|---|---|---|---|
| Accent Sales & Service Company, Inc. | Abeinsa Abener Teyma General Partnership | 937 | 11/16/2016 | $183,766.00 | class 4 - allowed |
| Acid Piping Technology, Inc. | Abener Teyma Hugoton General Partnership | 1036 | 1/8/2018 | $3,693.17 | Class 4 - Allowed |
| ADP Screening and Selection Services | Abeinsa Holding Inc. | 566 | 9/26/2016 | $612.00 | Class 4 - Allowed |
| Advanced Flexible Systems, Inc. | Abeinsa Holding Inc. | 52 | 5/24/2016 | $7,501.91 | Class 4 - Allowed |
| AETHER DBS | Abener Teyma Hugoton General Partnership | 484 | 9/23/2016 | $142,110.00 | Class 4 - Allowed |
| Airgas USA, LLC | Abeinsa EPC, LLC | 48 | 6/1/2016 | $236.10 | Class 4 - Allowed |
| Airgas USA, LLC | Abeinsa EPC, LLC | 50 | 5/31/2016 | $4,023.28 | Class 4 - Allowed |
| Akin Gump Strauss Hauer & Feld LLP | Abeinsa EPC, LLC | 328 | 9/16/2016 | $30,027.23 | Class 4 - Allowed |
| ALFA LAVAL, INC. | Abener Teyma Mojave General Partnership | 384 | 9/21/2016 | $26,386.30 | Class 4 - Allowed |
| Alstom Grid, Inc. | Abeinsa Abener Teyma General Partnership | 804 | 9/26/2016 | $61,148.10 | Class 4 - Allowed |
| American Arbitration Association | Teyma USA & Abener Engineering and Construction Services General Partnership | 739 | 9/23/2016 | $4,929.99 | Class 4 - Allowed |
| American Express Travel Related Services Company, Inc. | Abeinsa Holding Inc. | 120 | 6/22/2016 | $4,483.88 | Class 4 - Allowed |
| AMERICAN REPROGRAPHICS COMPANY LLC | Abeinsa Holding Inc. | 467 | 9/23/2016 | $3,558.39 | Class 4 - Allowed |
| American Wire Group, Inc. | Abeinsa Abener Teyma General Partnership | 224 | 8/30/2016 | $313,360.91 | Class 4 - Allowed |
| Andritz Separation Inc. | Abener Teyma Hugoton General Partnership | 335 | 9/19/2016 | $60,000.00 | Class 4 - Allowed |
| Anixter, Inc. | Abeinsa Abener Teyma General Partnership | 582 | 9/23/2016 | $676,612.31 | Class 4 - Allowed |
| Archer Daniels Midland Company | Abengoa Bioenergy New Technologies, LLC | 20 | 4/28/2016 | $9,064,836.04 | Class 4 - Allowed |
| ASSOCIATED STAFFING, INC | Abengoa Bioenergy New Technologies, LLC | 225 | 8/23/2016 | $12,850.00 | Class 4 - Allowed |
| Ausenco Engineering Canada Inc. | Abener Teyma Hugoton General Partnership | 34 | 4/29/2016 | $45,392.72 | Class 4 - Allowed |
| AXIS CRANE, LLC | Abeinsa Abener Teyma General Partnership | 107 | 6/16/2016 | $59,690.00 | Class 4 - Allowed |
| BECK OIL INC. | Abeinsa Holding Inc. | 180 | 8/9/2016 | $3,627.00 | Class 4 - Allowed |
| BECK OIL INC. | Abener Teyma Mojave General Partnership | 181 | 8/9/2016 | $3,627.00 | Class 4 - Allowed |
| BEE IMAGINE LLC | Abeinsa Holding Inc. | 231 | 8/22/2016 | $14,275.00 | Class 4 - Allowed |
| BERKELEY RESEARCH GROUP LLC | Abeinsa Holding Inc. | 199 | 8/15/2016 | $15,952.13 | Class 4 - Allowed |
| BHI ENERGY I SPECIALTY SERVICES LLC | Abeinsa Abener Teyma General Partnership | 440 | 9/23/2016 | $276,727.25 | Class 4 - Allowed |
| Bilfinger Industrial Services Inc - Engineering | Abeinsa EPC, LLC | 41 | 5/9/2016 | $88,675.93 | Class 4 - Allowed |
| BOCCARD PIPE FABRICATORS, INC. | Abeinsa Abener Teyma General Partnership | 131 | 6/30/2016 | $59,449.82 | Class 4 - Allowed |
| Border States Electric, Inc | Abeinsa Holding Inc. | 188 | 8/12/2016 | $5,967.79 | Class 4 - Allowed |
| BOUVIER ZEBALLOS, PABLO | Abeinsa Holding Inc. | 994 | 5/1/2017 | $0.00 | Class 4 - Allowed |
| Brahma Group, Inc. | Abeinsa Holding Inc. | 175* | 8/5/2016 | $15,000.00 | Class 4 - Allowed |
| Brand Energy Solutions | Abener Teyma Mojave General Partnership | 190 | 8/11/2016 | $223,950.50 | Class 4 - Allowed |
| BRAND SCAFFOLDING SERVICES, INC. | Abeinsa Abener Teyma General Partnership | 349075* | 5/19/2016 | $342,185.36 | Class 4 - Allowed |
| Cardlock Fuels System,Inc., a California Corporation | Abener North America Construction, LP | 73 | 5/25/2016 | $9,304.16 | Class 4 - Allowed |
| CARUSO TURLEY SCOTT, INC | Abener Teyma Mojave General Partnership | 782 | 9/26/2016 | $49,100.00 | Class 4 - Allowed |
| CITIBANK N.A. LONDON BRANCH | Abener Teyma Mojave General Partnership | 445288 | 5/16/2016 | $0.00 | Class 4 - Allowed |
| CORPORATE COLLECTIONS INTL | Abeinsa Abener Teyma General Partnership | 339 | 9/20/2016 | $498,000.00 | Class 4 - Allowed |
| Cives Corporation | Abeinsa EPC, LLC | 155 | 7/27/2016 | $28,489.16 | Class 4 - Allowed |
| Cogent, Inc. | Abengoa US, LLC | 323 | 9/16/2016 | $50,000,000.00 | Class 4 - Allowed |
| Compañía Española de Financiación de Desarrollo, Cofides, S.A., acting as fund manager of Fondo para | Abeinsa Abener Teyma General Partnership | 1037 | 1/11/2018 | $139,978.21 | Class 4 - Allowed |
| Concrete Special Ties, Inc. | Abeinsa Holding Inc. | 665 | 9/26/2016 | $0.00 | Class 4 - Allowed |
| CONTROL DISTRIBUTORS, LLC | Abeinsa Holding Inc. | 202 | 8/15/2016 | $25,111.95 | Class 4 - Allowed |
| CORD MOVING & STORAGE CO INC | Abeinsa Holding Inc. | 55 | 5/16/2016 | $3,243.47 | Class 4 - Allowed |
| CORPORATE COLLECTIONS INTL FOR BORDER CONSTRUCTION | Abeinsa Holding Inc. | 213 | 8/17/2016 | $3,243.47 | Class 4 - Allowed |
| Corporation Service Company | Abener Teyma Mojave General Partnership | 269 | 9/7/2016 | $172.00 | Class 4 - Allowed |
| Corporation Service Company | Abener Teyma Hugoton General Partnership | 272 | 9/7/2016 | $172.00 | Class 4 - Allowed |
| Corporation Service Company | Teyma USA & Abener Engineering and Construction Services General Partnership | 277 | 9/7/2016 | $344.00 | Class 4 - Allowed |
| Corporation Service Company | Abeinsa Holding Inc. | 6 | 4/15/2016 | $18,384.94 | Class 4 - Allowed |
| Corporation Service Company | Abengoa Bioenergy New Technologies, LLC | 270 | 9/7/2016 | $344.00 | Class 4 - Allowed |
| County of San Bernardino | Abener Teyma Mojave General Partnership | 847 | 9/26/2016 | $4,323,276.34 | Class 4 - Allowed |
| CROWN SOLUTIONS, LLC | Teyma USA & Abener Engineering and Construction Services General Partnership | 348348* | 5/19/2016 | $247,216.49 | Class 4 - Allowed |
| CROWN TECHNICAL SYSTEMS C/O CRG FINANCIAL LLC | Abener Teyma Mojave General Partnership | 314 | 9/12/2016 | $50,269.41 | Class 4 - Allowed |
| CROWN WORLDWIDE MOVERS S.L. | Abeinsa EPC, LLC | 60 | 5/18/2016 | $13,900.00 | Class 4 - Allowed |
| David Evans and Associates, Inc. | Abeinsa Holding Inc. | 139 | 7/5/2016 | $5,617.50 | Class 4 - Allowed |
| DELTA CONSULTING GROUP, INC. | Abeinsa EPC, LLC | 102 | 6/13/2016 | $167,626.06 | Class 4 - Allowed |
| Distribution International, Inc. | Abener Teyma Mojave General Partnership | 104* | 6/15/2016 | $1,300,000.00 | Class 4 - Allowed |

In re Abeinsa Holding Inc., et al.
Case No. 16-10790 (KJC)

Claims marked with an "*" are either Litigation Trust Causes of Action or Retained Claims and are administered by the Litigation Trustee.

**Allowed Class 4 Claims**

| Creditor Name | Debtor | Claim No. | Date Filed | Total Claim Amount | Claim Status |
|---|---|---|---|---|---|
| Drake Materials | Teyma USA & Abener Engineering and Construction Services General Partnership | 74 | 5/24/2016 | $25,751.87 | Class 4 - Allowed |
| Durkin Equipment Company, Inc. | Abeinsa Holding Inc. | 21 | 5/2/2016 | $10,651.34 | Class 4 - Allowed |
| EATON CORPORATION | Abeinsa Abener Teyma General Partnership | 336 | 9/20/2016 | $415,435.88 | Class 4 - Allowed |
| Eaton Corporation | Abener Teyma Mojave General Partnership | 338 | 9/20/2016 | $418,260.16 | Class 4 - Allowed |
| ECA, ENTIDAD COLABORADORA DE LA ADMINISTRACION, SL (UNIPERSONAL) | Abener Teyma Mojave General Partnership | 259 | 8/31/2016 | $12,540.25 | Class 4 - Allowed |
| ECA, SL UNIPERSONAL | Abener Teyma Mojave General Partnership | 68 | 5/23/2016 | $0.00 | Class 4 - Allowed |
| Electric Power Systems International, Inc. d/b/a Electric Power Systems | Abener Teyma Mojave General Partnership | 383 | 9/21/2016 | $102,410.95 | Class 4 - Allowed |
| Engineering Design & Testing Corp. | Abeinsa Holding Inc. | 59 | 5/17/2016 | $0.00 | Class 4 - Allowed |
| Engineering Design & Testing Corp. | Teyma USA & Abener Engineering and Construction Services General Partnership | 1022 | 10/20/2017 | $17,700.99 | Class 4 - Allowed |
| Enviropro, Inc. | Abeinsa Holding Inc. | 273 | 9/7/2016 | $2,983.79 | Class 4 - Allowed |
| ERK Eckrohrkessel GmbH | Abeinsa Holding Inc. | 121 | 6/22/2016 | $17,246.01 | Class 4 - Allowed |
| Euler Hermes North America Insurance Company | Abener Teyma Hugoton General Partnership | 172 | 8/1/2016 | $177,115.59 | Class 4 - Allowed |
| EXPERITEC, INC. | Abener Teyma Hugoton General Partnership | 275 | 9/9/2016 | $35,038.33 | Class 4 - Allowed |
| FASTENAL COMPANY | Abeinsa Abener Teyma General Partnership | 236 | 8/24/2016 | $90,000.00 | Class 4 - Allowed |
| Felicetti, Sebastian | Abeinsa EPC, LLC | 999 | 5/1/2017 | $0.00 | Class 4 - Allowed |
| First Choice Services | Abeinsa EPC, LLC | 65 | 5/17/2016 | $2,302.50 | Class 4 - Allowed |
| FREEPORT LOGISTICS INC | Teyma USA & Abener Engineering and Construction Services General Partnership | 100 | 6/10/2016 | $56,849.79 | Class 4 - Allowed |
| Gannett Fleming, Inc. | Abener Teyma Mojave General Partnership | 332 | 9/19/2016 | $22,716.67 | Class 4 - Allowed |
| Gannett Fleming, Inc. | Teyma USA & Abener Engineering and Construction Services General Partnership | 333 | 9/19/2016 | $10,150.50 | Class 4 - Allowed |
| Gatehouse Commercial, LLC | Abener Teyma Mojave General Partnership | 532* | 9/26/2016 | $421,363.09 | Class 4 - Allowed |
| GAUMER COMPANY, INC. | Abeinsa Holding Inc. | 348149* | 5/19/2016 | $26,585.88 | Class 4 - Allowed |
| GAUMER COMPANY, INC. | Teyma Construction USA, LLC | 350457* | 5/19/2016 | $74,262.94 | Class 4 - Allowed |
| GENIN & GARCES S.L. | Abener Teyma Mojave General Partnership | 319 | 9/15/2016 | $34,121.02 | Class 4 - Allowed |
| Genin & Garcés, S.L. | Abener Teyma Mojave General Partnership | 316 | 9/15/2016 | $0.00 | Class 4 - Allowed |
| GLOBAL INDUSTRIAL SOLUTIONS | Abeinsa Holding Inc. | 205 | 8/16/2016 | $10,451.04 | Class 4 - Allowed |
| GORDON & REES, LLP | Abeinsa Holding Inc. | 845 | 9/26/2016 | $2,791.50 | Class 4 - Allowed |
| GRUPO TRUPUT S.R.L. | Abener Teyma Hugoton General Partnership | 67 | 5/23/2016 | $20,500.00 | Class 4 - Allowed |
| Hain Capital Investors, LLC as Transferee of Errol L. Montgomery & Assoc., Inc. | Teyma USA & Abener Engineering and Construction Services General Partnership | 187 | 8/11/2016 | $110,412.83 | Class 4 - Allowed |
| Hain Capital Investors, LLC as Transferee of Errol L. Montgomery & Assoc., Inc. | Abener Construction Services, LLC | 350856 | 5/19/2016 | $110,412.83 | Class 4 - Allowed |
| Hain Capital Investors, LLC as Transferee of Errol L. Montgomery & Assoc., Inc. | Teyma USA & Abener Engineering and Construction Services General Partnership | 348430 | 5/19/2016 | $110,412.83 | Class 4 - Allowed |
| Hain Capital Investors, LLC as Transferee of Errol L. Montgomery & Assoc., Inc. | Teyma Construction USA, LLC | 349200 | 5/19/2016 | $110,412.83 | Class 4 - Allowed |
| Howard-Young International of Nevada, Inc. | Abeinsa Abener Teyma General Partnership | 193 | 8/15/2016 | $174,553.17 | Class 4 - Allowed |
| IDENAYR, S.L. | Abener Teyma Hugoton General Partnership | 419 | 9/21/2016 | $36,261.62 | Class 4 - Allowed |
| IHS GLOBAL INC. | Abeinsa Holding Inc. | 144 | 7/12/2016 | $1,042.39 | Class 4 - Allowed |
| Illinois Department of Revenue | Abeinsa EPC, LLC | 256 | 8/31/2016 | $442.30 | Class 4 - Allowed |
| Ingeniería y Montajes Lointek, S.L. | Teyma USA & Abener Engineering and Construction Services General Partnership | 527 | 9/26/2016 | $1,815,587.94 | Class 4 - Allowed |
| Iron Mountain Information Management, LLC | Abeinsa Holding Inc. | 673 | 9/26/2016 | $3,128.13 | Class 4 - Allowed |
| Jenike & Johanson | Abener Teyma Hugoton General Partnership | 223 | 8/29/2016 | $305,000.00 | Class 4 - Allowed |
| Konecranes, Inc. | Abeinsa Abener Teyma General Partnership | 1 | 4/7/2016 | $350,006.00 | Class 4 - Allowed |
| KPMG ABOGADOS, S.L. | Abeinsa EPC, LLC | 871 | 10/3/2016 | $89,649.10 | Class 4 - Allowed |
| Kramer, Craig M | Abengoa Bioenergy New Technologies, LLC | 387 | 9/26/2016 | $0.00 | Class 4 - Allowed |
| KROHNE ENERGIA, SLU | Abencor USA, LLC | 62 | 5/19/2016 | $22,847.26 | Class 4 - Allowed |
| Kumar Industries, Inc. | Abeinsa Abener Teyma General Partnership | 197 | 8/15/2016 | $110,000.00 | Class 4 - Allowed |
| LATHAM & WATKINS LLP | Abeinsa EPC, LLC | 388 | 9/23/2016 | $1,949,088.44 | Class 4 - Allowed |
| Leser LLC | Abener Teyma Mojave General Partnership | 595* | 9/22/2016 | $79,920.71 | Class 4 - Allowed |
| LIBERTY INDUSTRIAL GROUP, INC | Teyma USA & Abener Engineering and Construction Services General Partnership | 178* | 8/5/2016 | $63,790.00 | Class 4 - Allowed |
| Liberty Mutual Insurance Company | Abeinsa EPC, LLC | 642 | 9/22/2016 | $58,000,000.00 | Class 4 - Allowed |
| Lorimar Group, Inc. | Abener Teyma Mojave General Partnership | 70 | 5/25/2016 | $277,935.00 | Class 4 - Allowed |
| LUDVIK ELECTRIC CO. | Abeinsa Holding Inc. | 2 | 4/7/2016 | $24,202.58 | Class 4 - Allowed |
| Mather Bros. Inc. | Abeinsa Holding Inc. | 43 | 5/11/2016 | $19,598.49 | Class 4 - Allowed |
| Matrix Service Inc. | Abeinsa Holding Inc. | 239 | 8/26/2016 | $241,438.33 | Class 4 - Allowed |
| McCandlish Holton, PC | Abeinsa Holding Inc. | 743 | 9/22/2016 | $50,561.93 | Class 4 - Allowed |
| McCandlish Holton, PC | Abengoa Bioenergy New Technologies, LLC | 1047 | 10/11/2018 | $2,800.00 | Class 4 - Allowed |
| Mead O'Brien, Inc. | Abener Teyma Mojave General Partnership | 454 | 9/22/2016 | $38,918.32 | Class 4 - Allowed |
| Mead O'Brien, Inc. | Teyma USA & Abener Engineering and Construction Services General Partnership | 507 | 9/22/2016 | $18,644.30 | Class 4 - Allowed |

In re Abeinsa Holding Inc., *et al.*
Case No. 16-10790 (KJC)

Page 2 of 4

Claims marked with an "*" are either Litigation Trust Causes of Action or Retained Claims and are administered by the Litigation Trustee.

**Allowed Class 4 Claims**

| Creditor Name | Claim No. | Debtor | Date Filed | Total Claim Amount | Claim Status |
|---|---|---|---|---|---|
| METROPOLITAN INDUSTRIES, INC. | 281 | Abeinsa Abener Teyma General Partnership | 9/9/2016 | $58,695.00 | Class 4 - Allowed |
| MIDLAND SCIENTIFIC, INC. | 832 | Abengoa Bioenergy New Technologies, LLC | 9/26/2016 | $30,468.70 | Class 4 - Allowed |
| MILLER & SONS WELDING INC | 307 | Abeinsa Holding Inc. | 9/14/2016 | $22,241.25 | Class 4 - Allowed |
| MMC Contractors National, Inc. | 392 | Teyma USA & Abener Engineering and Construction Services General Partnership | 9/21/2016 | $7,962,234.71 | Class 4 - Allowed |
| MOBILE FORCE LLC | 266 | Teyma USA & Abener Engineering and Construction Services General Partnership | 9/6/2016 | $64,411.83 | Class 4 - Allowed |
| MODULAR SPACE CORPORATION | 869 | Abeinsa Holding Inc. | 9/27/2016 | $11,209.96 | Class 4 - Allowed |
| MOSAIC DOCUMENT DESTRUCTION | 208 | Abeinsa Holding Inc. | 8/16/2016 | $614.00 | Class 4 - Allowed |
| MURRAY COMPANY | 348238* | Abener Teyma Mojave General Partnership | 5/19/2016 | $18,903.03 | Class 4 - Allowed |
| National Union Fire Insurance Company of Pittsburgh, PA | 940 | Abeinsa Holding Inc. | 11/22/2016 | $8,403.25 | Class 4 - Allowed |
| Navigant Consulting, Inc. | 351 | Abener Teyma Mojave General Partnership | 9/20/2016 | $634,374.46 | Class 4 - Allowed |
| Neptune Chemical Pump Company dba PSG North Wales | 134 | Abeinsa Abener Teyma General Partnership | 6/28/2016 | $79,376.00 | Class 4 - Allowed |
| NORTHWEST LININGS & GEOTEXTILE PRODUCTS INC | 295 | Abeinsa Abener Teyma General Partnership | 9/12/2016 | $20,225.00 | Class 4 - Allowed |
| Northwest Linings & Geotextile Products Inc. | 292 | Teyma USA & Abener Engineering and Construction Services General Partnership | 9/12/2016 | $6,008.05 | Class 4 - Allowed |
| Notaria Serrano 30, C.B. | 206 | Abener Teyma Hugoton General Partnership | 8/12/2016 | $4,960.24 | Class 4 - Allowed |
| Notaria Serrano 30, C.B. | 209 | Abener Teyma Mojave General Partnership | 8/12/2016 | $4,960.24 | Class 4 - Allowed |
| Notaria Serrano 30, C.B. | 215 | Abener Teyma Hugoton General Partnership | 8/12/2016 | $4,960.24 | Class 4 - Allowed |
| NW Metal Fabricators, Inc. | 265 | Abeinsa Abener Teyma General Partnership | 9/6/2016 | $110,184.09 | Class 4 - Allowed |
| Office Depot | 7 | Abeinsa EPC, LLC | 4/11/2016 | $44,529.30 | Class 4 - Allowed |
| ONESOURCE WATER | 254 | Abeinsa Holding Inc. | 8/31/2016 | $11,211.00 | Class 4 - Allowed |
| P & R Metals, Inc. | 365 | Abeinsa Abener Teyma General Partnership | 9/21/2016 | $98,151.58 | Class 4 - Allowed |
| PACIFIC MECHANICAL SUPPLY | 308 | Abeinsa Abener Teyma General Partnership | 9/19/2016 | $58,315.85 | Class 4 - Allowed |
| Pacificorp | 46 | Abeinsa Holding Inc. | 5/16/2016 | $10,397.10 | Class 4 - Allowed |
| PANHANDLE MAINTENANCE LLC | 192 | Abeinsa Holding Inc. | 8/15/2016 | $8,470.24 | Class 4 - Allowed |
| PEPPERL & FUCHS, INC. | 298 | Abeinsa Holding Inc. | 9/12/2016 | $28,112.00 | Class 4 - Allowed |
| Phoenix Plaza PT, LLC | 152 | Abeinsa EPC, LLC | 7/22/2016 | $1,673,450.52 | Class 4 - Allowed |
| Pinegar, Smith & Associates, Inc. | 58 | Abengoa Bioenergy New Technologies, LLC | 5/16/2016 | $12,000.00 | Class 4 - Allowed |
| Pioneer Industrial Corporation | 109 | Abeinsa EPC, LLC | 6/20/2016 | $32,252.62 | Class 4 - Allowed |
| POLYGON US CORPORATION | 75 | Abeinsa Holding Inc. | 5/26/2016 | $18,229.97 | Class 4 - Allowed |
| Pons Patentes y Marcas Internaciona | 827 | Abengoa Bioenergy New Technologies, LLC | 9/26/2016 | $19,229.25 | Class 4 - Allowed |
| Power Analytics Corporation | 226 | Abeinsa Holding Inc. | 8/31/2016 | $5,654.70 | Class 4 - Allowed |
| Praxair Distribution Inc. | 37 | Abener Teyma Hugoton General Partnership | 5/4/2016 | $85,071.69 | Class 4 - Allowed |
| Protego (USA), Inc. | 212 | Abener Teyma Mojave General Partnership | 8/17/2016 | $59,825.00 | Class 4 - Allowed |
| PSOMAS | 594 | Abeinsa Holding Inc. | 9/23/2016 | $0.00 | Class 4 - Allowed |
| PSOMAS, Inc | 760 | Abener Teyma Mojave General Partnership | 9/23/2016 | $114,953.00 | Class 4 - Allowed |
| Quality Inspection Services Inc. | 42 | Abener Teyma Hugoton General Partnership | 5/9/2016 | $37,535.68 | Class 4 - Allowed |
| Quinn Group, Inc. | 201 | Abeinsa Holding Inc. | 8/15/2016 | $25,724.20 | Class 4 - Allowed |
| RALPH'S CONCRETE PUMPING INC. | 250 | Abeinsa Abener Teyma General Partnership | 8/30/2016 | $1,802.24 | Class 4 - Allowed |
| RLI Insurance Company | 930 | Abener Teyma Mojave General Partnership | 11/14/2016 | $3,000,000.00 | Class 4 - Allowed |
| RLS Industries | 1032 | Abener North America Construction, LP | 12/13/2017 | $109,441.69 | Class 4 - Allowed |
| Rosemount Analytical Inc. | 8 | Abener Teyma Mojave General Partnership | 4/13/2016 | $4,491.99 | Class 4 - Allowed |
| Ryan Transportation Service, Inc. | 186 | Abener Teyma Hugoton General Partnership | 8/11/2016 | $5,200.00 | Class 4 - Allowed |
| S&L Engineers, Ltd. | 309 | Abeinsa EPC, LLC | 9/19/2016 | $34,800.00 | Class 4 - Allowed |
| S1 Safety First, Inc. | 251 | Abeinsa Abener Teyma General Partnership | 8/29/2016 | $120,238.24 | Class 4 - Allowed |
| SAFETY VIBE INC | 424 | Abener Teyma Mojave General Partnership | 9/22/2016 | $9,737.69 | Class 4 - Allowed |
| Schweitzer Engineering Laboratories, Inc. | 86 | Abeinsa Abener Teyma General Partnership | 5/27/2016 | $47,800.00 | Class 4 - Allowed |
| ServiceMaster 360 Premier Cleaning | 503 | Abener Teyma Mojave General Partnership | 9/23/2016 | $2,067.54 | Class 4 - Allowed |
| SO CAL SANITATION | 664 | Abener Teyma Mojave General Partnership | 9/23/2016 | $81,024.20 | Class 4 - Allowed |
| SO CAL SANITATION | 740 | Abener North America Construction, LP | 9/23/2016 | $1,773.66 | Class 4 - Allowed |
| SO CAL SANITATION | 800 | Abener Teyma Mojave General Partnership | 9/23/2016 | $216,513.58 | Class 4 - Allowed |
| Squire Patton Boggs (US) LLP | 548 | Abeinsa EPC, LLC | 9/26/2016 | $156,860.54 | Class 4 - Allowed |
| SSC MID STATES SUPPLY, INC. | 288 | Abengoa US Operations, LLC | 9/13/2016 | $1,550.23 | Class 4 - Allowed |
| Straight Arrow Contracting LLC | 106 | Abeinsa Holding Inc. | 6/20/2016 | $15,953.53 | Class 4 - Allowed |
| Sulzer Pumps (US) Inc. | 538 | Abener Teyma Hugoton General Partnership | 9/27/2016 | $141,585.86 | Class 4 - Allowed |
| SUPERHEAT FGH SERVICES, INC. | 227 | Abener Teyma Mojave General Partnership | 9/1/2016 | $50,000.00 | Class 4 - Allowed |
| SUPERHEAT FGH SERVICES, INC. | 247 | Abener Teyma Mojave General Partnership | 8/30/2016 | $57,618.00 | Class 4 - Allowed |

Claims marked with an "*" are either Litigation Trust Causes of Action or Retained Claims and are administered by the Litigation Trustee.

**Allowed Class 4 Claims**

| Creditor Name | Claim No. | Debtor | Date Filed | Total Claim Amount | Claim Status |
|---|---|---|---|---|---|
| TDS Rentals & Leasing LLC | 66 | Abeinsa Abener Teyma General Partnership | 5/23/2016 | $23,926.32 | Class 4 - Allowed |
| TDS Rentals & Leasing LLC | 105 | Abeinsa Holding Inc. | 6/16/2016 | $8,181.00 | Class 4 - Allowed |
| Team Industrial Services, Inc. | 291 | Abeinsa Holding Inc. | 9/12/2016 | $25,069.98 | Class 4 - Allowed |
| Techera Vergara, Maria Eliset | 998 | Abeinsa EPC, LLC | 5/1/2017 | $0.00 | Class 4 - Allowed |
| Terracon Consultant's, Inc. | 317 | Abeinsa Abener Teyma General Partnership | 9/15/2016 | $54,757.20 | Class 4 - Allowed |
| The Calvert Company, Inc. DBA AZZ | 1033* | Abeinsa Abener Teyma General Partnership | 12/21/2017 | $2,610,000.00 | Class 4 - Allowed |
| The Hertz Corp. | 44 | Abeinsa Holding Inc. | 5/11/2016 | $302,461.03 | Class 4 - Allowed |
| TOTAL OFFICE CONCEPTS, INC. | 191 | Abeinsa Holding Inc. | 8/12/2016 | $18,672.02 | Class 4 - Allowed |
| Tres Rios Consulting Engineers, Inc. | 78 | Abeinsa Holding Inc. | 5/27/2016 | $5,613.13 | Class 4 - Allowed |
| Tres Rios Consulting Engineers, Inc. | 203 | Abeinsa Holding Inc. | 8/15/2016 | $5,503.07 | Class 4 - Allowed |
| Triple S&P Inc | 36 | Abeinsa Holding Inc. | 5/2/2016 | $28,075.48 | Class 4 - Allowed |
| Turner Industries Group LLC | 280 | Abeinsa Abener Teyma General Partnership | 9/9/2016 | $156,975.59 | Class 4 - Allowed |
| TYCO VALVES & CONTROLS LP | 350021* | Abener Teyma Mojave General Partnership | 5/19/2016 | $541,103.43 | Class 4 - Allowed |
| UNITED RENTALS - RSC EQUIPMENT | 348170* | Abener Construction Services, LLC | 5/19/2016 | $179,993.93 | Class 4 - Allowed |
| UNITED RENTALS, INC. | 350704* | Abeinsa EPC, LLC | 5/19/2016 | $923,087.66 | Class 4 - Allowed |
| UNITED RENTALS, INC. | 350792* | Abener Teyma Hugoton General Partnership | 5/19/2016 | $2,589.40 | Class 4 - Allowed |
| UNIVAR USA INC | 404 | Abeinsa Holding Inc. | 9/21/2016 | $951,433.42 | Class 4 - Allowed |
| Varela, Lee, Metz & Guarino, LLP | 457 | Abener Teyma Mojave General Partnership | 9/24/2016 | $129,543.27 | Class 4 - Allowed |
| VARELA, LEE, METZ & GUARINO, LLP | 515* | Abeinsa EPC, LLC | 9/24/2016 | $513,996.00 | Class 4 - Allowed |
| VARELA, LEE, METZ & GUARINO, LLP | 463 | Teyma USA & Abener Engineering and Construction Services General Partnership | 9/24/2016 | $355,031.87 | Class 4 - Allowed |
| Varilease Finance, Inc. | 938 | Abeinsa Holding Inc. | 11/17/2016 | $386,454.48 | Class 4 - Allowed |
| VILFER ELECTRIC, S.L. | 349354* | Abeinsa Holding Inc. | 5/19/2016 | $0.00 | Class 4 - Allowed |
| VILFER ELECTRIC, S.L. | 350026* | Abener Teyma Mojave General Partnership | 5/19/2016 | $0.00 | Class 4 - Allowed |
| VILFER ELECTRIC, S.L. | 349002* | Abener North America Construction, LP | 5/19/2016 | $34.48 | Class 4 - Allowed |
| Vista Energy, L.P. | 964 | Abener Teyma Hugoton General Partnership | 3/10/2017 | $146,877.92 | Class 4 - Allowed |
| VonWin Capital Management, L.P. as Transferee of Shelter One, Inc. | 378 | Abeinsa Abener Teyma General Partnership | 9/23/2016 | $59,647.00 | Class 4 - Allowed |
| W | 373 | Abeinsa Abener Teyma General Partnership | 9/22/2016 | $490,011.46 | Class 4 - Allowed |
| W.W. Grainger | 502 | Abener Teyma Mojave General Partnership | 9/22/2016 | $158,650.52 | Class 4 - Allowed |
| Waibel & Associates Landscape Architecture, LLC | 179 | Abeinsa Holding Inc. | 8/8/2016 | $1,322.63 | Class 4 - Allowed |
| Watt, Tieder, Hoffar & Fitzgerald LLP | 954 | Abeinsa EPC, LLC | 12/4/2016 | $440,079.27 | Class 4 - Allowed |
| WESCO DISTRIBUTION INC | 234 | Abeinsa Holding Inc. | 8/23/2016 | $18,291.74 | Class 4 - Allowed |
| Western Oilfields Supply Co. d/b/a Rain for Rent | 149 | Teyma USA & Abener Engineering and Construction Services General Partnership | 7/25/2016 | $675,057.64 | Class 4 - Allowed |
| Western Technologies, Inc. | 11 | Abeinsa Holding Inc. | 4/25/2016 | $1,176.96 | Class 4 - Allowed |
| WINROC - SPI | 350 | Abener Teyma Hugoton General Partnership | 9/19/2016 | $96,288.49 | Class 4 - Allowed |
| Wrap UP Insurance Solutions Inc | 142 | Abener Teyma Hugoton General Partnership | 7/14/2016 | $90,000.00 | Class 4 - Allowed |
| Zurich American Insurance Company | 642 | Abeinsa EPC, LLC | 9/22/2016 | $58,000,000.00 | Class 4 - Allowed |
| Zurich American Insurance Company | 1045 | Abener Teyma Inabensa Mount Signal Joint Venture | 8/17/2018 | $164,912.00 | Class 4 - Allowed |
| | | | **Total:** | **$217,771,367.82** | |

In re Abeinsa Holding Inc., et al.
Case No. 16-10790 (KJC)

Page 4 of 4

Claims marked with an "*" are either Litigation Trust Causes of Action or Retained Claims and are administered by the Litigation Trustee.