# EXHIBIT I

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| 401K ADVISORS ARIZONA LLC | 349932 | Abeinsa EPC, LLC | $10,893.75 | $10,893.75 | |
| ABB INC. | 350722 | Abeinsa Holding Inc. | $68,147.88 | $68,147.88 | |
| ABB INC. | 349026 | Abener North America Construction, LP | $68,147.88 | $68,147.88 | |
| ABB INC. | 348217 | Abener Teyma Mojave General Partnership | $68,147.88 | $68,147.88 | |
| ABENCOR SUMINISTROS S.A. | 348221 | Abener Teyma Mojave General Partnership | $68,593.70 | $68,593.70 | |
| ACFTB DOCUMENT DESTRUCTION | 349954 | Abeinsa EPC, LLC | $49.50 | $49.50 | |
| ACTIVIDADES DE MUDANZAS Y GESTIONES | 350029 | Abeinsa EPC, LLC | $6,648.63 | $6,648.63 | |
| ADP | 350030 | Abeinsa EPC, LLC | $18,011.36 | $18,011.36 | |
| ADTRAV | 350031 | Abeinsa EPC, LLC | $6,149.05 | $6,149.05 | |
| ADVANCED AMERICAN CONSTRUCTION | 349631 | Abeinsa Abener Teyma General Partnership | $0.72 | $0.72 | |
| ADVANCED AMERICAN CONSTRUCTION | 350032 | Abeinsa EPC, LLC | $0.72 | $0.72 | |
| ADVANCED AMERICAN CONSTRUCTION | 350062 | Abener Construction Services, LLC | $0.72 | $0.72 | |
| ADVANCED AMERICAN CONSTRUCTION | 348725 | Teyma Construction USA, LLC | $0.72 | $0.72 | |
| ADVANTAGE ENGINEERING, INC. | 349632 | Abeinsa Abener Teyma General Partnership | $32,810.89 | $32,810.89 | |
| ADVANTAGE ENGINEERING, INC. | 350033 | Abeinsa EPC, LLC | $32,810.89 | $32,810.89 | |
| ADVANTAGE ENGINEERING, INC. | 350151 | Abener Construction Services, LLC | $32,810.89 | $32,810.89 | |
| ADVANTAGE ENGINEERING, INC. | 348727 | Teyma Construction USA, LLC | $32,810.89 | $32,810.89 | |
| AIR LIQUIDE | 350736 | Abeinsa Holding Inc. | $517.50 | $517.50 | |
| AIR LIQUIDE | 349364 | Abener North America Construction, LP | $517.50 | $517.50 | |
| AIR LIQUIDE | 349121 | Abener Teyma Mojave General Partnership | $517.50 | $517.50 | |
| Altius S.A. | 349719 | Abencor USA, LLC | $22,997.38 | $22,997.38 | |
| AON RISK INSURANCE SERVICES WEST | 349641 | Abeinsa Abener Teyma General Partnership | $754,160.75 | $754,160.75 | |
| AON RISK INSURANCE SERVICES WEST | 350044 | Abeinsa EPC, LLC | $754,160.75 | $754,160.75 | |
| AON RISK INSURANCE SERVICES WEST | 350745 | Abeinsa Holding Inc. | $115,961.11 | $115,961.11 | |
| AON RISK INSURANCE SERVICES WEST | 350746 | Abeinsa Holding Inc. | $1,266,196.50 | $1,266,196.50 | |
| AON RISK INSURANCE SERVICES WEST | 350200 | Abener Construction Services, LLC | $754,160.75 | $754,160.75 | |
| AON RISK INSURANCE SERVICES WEST | 350201 | Abener Construction Services, LLC | $67,808.99 | $67,808.99 | |
| AON RISK INSURANCE SERVICES WEST | 350202 | Abener Construction Services, LLC | $89,473.93 | $89,473.93 | |
| AON RISK INSURANCE SERVICES WEST | 349373 | Abener North America Construction, LP | $115,961.11 | $115,961.11 | |
| AON RISK INSURANCE SERVICES WEST | 349374 | Abener North America Construction, LP | $1,266,196.50 | $1,266,196.50 | |
| AON RISK INSURANCE SERVICES WEST | 349443 | Abener Teyma Hugoton General Partnership | $67,808.99 | $67,808.99 | |
| AON RISK INSURANCE SERVICES WEST | 349128 | Abener Teyma Mojave General Partnership | $1,266,196.50 | $1,266,196.50 | |
| AON RISK INSURANCE SERVICES WEST | 350440 | Teyma Construction USA, LLC | $89,473.93 | $89,473.93 | |
| AON RISK INSURANCE SERVICES WEST | 350441 | Teyma Construction USA, LLC | $754,160.75 | $754,160.75 | |
| AON RISK INSURANCE SERVICES WEST | 350442 | Teyma Construction USA, LLC | $67,808.99 | $67,808.99 | |
| AON RISK INSURANCE SERVICES WEST | 350499 | Teyma USA & Abener Engineering and Construction Services General Partnership | $89,473.93 | $89,473.93 | |
| ARIZONA INDUSTRIAL MEDICINE | 350082 | Abeinsa EPC, LLC | $171.00 | $171.00 | |
| ARONSON SECURITY GROUP, INC. | 349644 | Abeinsa Abener Teyma General Partnership | $154,703.10 | $154,703.10 | |
| ARONSON SECURITY GROUP, INC. | 350083 | Abeinsa EPC, LLC | $154,703.10 | $154,703.10 | |
| ARONSON SECURITY GROUP, INC. | 350205 | Abener Construction Services, LLC | $154,703.10 | $154,703.10 | |
| ARONSON SECURITY GROUP, INC. | 350445 | Teyma Construction USA, LLC | $154,703.10 | $154,703.10 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| ASA IBEROAMÉRICA S.L. | 349131 | Abener Teyma Mojave General Partnership | $1,863.10 | $1,863.10 | |
| Asea Brown Bovery, S.A. - ABB | 349720 | Abencor USA, LLC | $2,766.00 | $2,766.00 | |
| ASESORIA TECNICO COMERCIAL EN | 350084 | Abeinsa EPC, LLC | $22,254.80 | $22,254.80 | |
| BARCLAYS BANK PLC UK | 350767 | Abeinsa Holding Inc. | $44,968.27 | $44,968.27 | |
| BARCLAYS BANK PLC UK | 349065 | Abener North America Construction, LP | $44,968.27 | $44,968.27 | |
| BAY INSULATION OF ARIZONA INC | 350252 | Abener Construction Services, LLC | $143,432.23 | $143,432.23 | |
| BAY INSULATION OF ARIZONA INC | 350452 | Teyma Construction USA, LLC | $143,432.23 | $143,432.23 | |
| BAY INSULATION OF ARIZONA INC | 350501 | Teyma USA & Abener Engineering and Construction Services General Partnership | $143,432.23 | $143,432.23 | |
| BEHNKE, ERDMAN AND WHITAKER | 350768 | Abeinsa Holding Inc. | $563.41 | $563.41 | |
| BELL STEEL COMPANY | 350769 | Abeinsa Holding Inc. | $76,815.94 | $76,815.94 | |
| BELL STEEL COMPANY | 349067 | Abener North America Construction, LP | $76,815.94 | $76,815.94 | |
| BELL STEEL COMPANY | 349149 | Abener Teyma Mojave General Partnership | $76,815.94 | $76,815.94 | |
| BERMINGHAM CONTROLS, INC | 350801 | Abeinsa Holding Inc. | $3,366.25 | $3,366.25 | |
| BERMINGHAM CONTROLS, INC | 349070 | Abener North America Construction, LP | $3,366.25 | $3,366.25 | |
| BERMINGHAM CONTROLS, INC | 349151 | Abener Teyma Mojave General Partnership | $3,366.25 | $3,366.25 | |
| BRAND SCAFFOLDING SERVICES, INC. | 349075* | Abener North America Construction, LP | $118,234.86 | $118,234.86 | |
| BRI/GOULDS PUMPS | 350274 | Abener Construction Services, LLC | $22,099.35 | $22,099.35 | |
| BRI/GOULDS PUMPS | 349470 | Abener Teyma Hugoton General Partnership | $22,099.35 | $22,099.35 | |
| BRI/GOULDS PUMPS | 348308 | Teyma Construction USA, LLC | $22,099.35 | $22,099.35 | |
| BRITHINEE ELECTRIC | 350808 | Abeinsa Holding Inc. | $10,320.00 | $10,320.00 | |
| BRITHINEE ELECTRIC | 349077 | Abener North America Construction, LP | $10,320.00 | $10,320.00 | |
| BRITHINEE ELECTRIC | 349086 | Abener Teyma Mojave General Partnership | $10,320.00 | $10,320.00 | |
| BUREAU VERITAS NORTH AMERICA INC | 350809 | Abeinsa Holding Inc. | $3,548.49 | $3,548.49 | |
| BUREAU VERITAS NORTH AMERICA INC | 349078 | Abener North America Construction, LP | $3,548.49 | $3,548.49 | |
| BUREAU VERITAS NORTH AMERICA INC | 349087 | Abener Teyma Mojave General Partnership | $3,548.49 | $3,548.49 | |
| BURRTEC WASTE INDUSTRIES, INC | 350810 | Abeinsa Holding Inc. | $16,393.52 | $16,393.52 | |
| BURRTEC WASTE INDUSTRIES, INC | 349079 | Abener North America Construction, LP | $16,393.52 | $16,393.52 | |
| BURRTEC WASTE INDUSTRIES, INC | 349088 | Abener Teyma Mojave General Partnership | $16,393.52 | $16,393.52 | |
| BYME SOFTWARE | 350097 | Abeinsa EPC, LLC | $4,472.00 | $4,472.00 | |
| C.B.'S LLC | 349450 | Abeinsa Abener Teyma General Partnership | $79,341.42 | $79,341.42 | |
| C.B.'S LLC | 350099 | Abeinsa EPC, LLC | $79,341.42 | $79,341.42 | |
| C.B.'S LLC | 350276 | Abener Construction Services, LLC | $79,341.42 | $79,341.42 | |
| C.B.'S LLC | 348573 | Teyma Construction USA, LLC | $79,341.42 | $79,341.42 | |
| CALDWELL TANKS | 350277 | Abener Construction Services, LLC | $165,168.09 | $165,168.09 | |
| CALDWELL TANKS | 349471 | Abener Teyma Hugoton General Partnership | $165,168.09 | $165,168.09 | |
| CALDWELL TANKS | 348574 | Teyma Construction USA, LLC | $165,168.09 | $165,168.09 | |
| CARBIS, INC. | 350278 | Abener Construction Services, LLC | $15,130.01 | $15,130.01 | |
| CARBIS, INC. | 349472 | Abener Teyma Hugoton General Partnership | $15,130.01 | $15,130.01 | |
| CARBIS, INC. | 348575 | Teyma Construction USA, LLC | $15,130.01 | $15,130.01 | |
| CARBONES COMERCIO Y CONSIGNACIONES.A. | 349725 | Abencor USA, LLC | $3,935.76 | $3,935.76 | |
| CARDLOCK FUELS SYSTEM, INC. DBA SC | 350813 | Abeinsa Holding Inc. | $1,698.56 | $1,698.56 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| CAREERBUILDER, LLC | 350100 | Abeinsa EPC, LLC | $10,800.00 | $10,800.00 | |
| CHATTANOOGA BOILER & TANK CO. | 349453 | Abeinsa Abener Teyma General Partnership | $172,358.68 | $172,358.68 | |
| CHATTANOOGA BOILER & TANK CO. | 350105 | Abeinsa EPC, LLC | $172,358.68 | $172,358.68 | |
| CHATTANOOGA BOILER & TANK CO. | 350554 | Abener Construction Services, LLC | $172,358.68 | $172,358.68 | |
| CHATTANOOGA BOILER & TANK CO. | 348579 | Teyma Construction USA, LLC | $172,358.68 | $172,358.68 | |
| CHAYCE CONCRETE LLC | 350814 | Abeinsa Holding Inc. | $219,117.32 | $219,117.32 | |
| CHAYCE CONCRETE LLC | 349154 | Abener North America Construction, LP | $219,117.32 | $219,117.32 | |
| CHAYCE CONCRETE LLC | 349091 | Abener Teyma Mojave General Partnership | $219,117.32 | $219,117.32 | |
| CIRCULO SALVO COMUNICACION | 350142 | Abeinsa EPC, LLC | $2,101.25 | $2,101.25 | |
| CITY OF PHOENIX | 350143 | Abeinsa EPC, LLC | $303.50 | $303.50 | |
| CLEVER TECNOLOGÍA, S.L. | 349456 | Abeinsa Abener Teyma General Partnership | $2,275.00 | $2,275.00 | |
| CLEVER TECNOLOGÍA, S.L. | 350145 | Abeinsa EPC, LLC | $2,275.00 | $2,275.00 | |
| CLEVER TECNOLOGÍA, S.L. | 350557 | Abener Construction Services, LLC | $2,275.00 | $2,275.00 | |
| CLEVER TECNOLOGÍA, S.L. | 348582 | Teyma Construction USA, LLC | $2,275.00 | $2,275.00 | |
| CONDORCHEM ENVITECH LLC | 350816 | Abeinsa Holding Inc. | $8,486.40 | $8,486.40 | |
| CONDORCHEM ENVITECH LLC | 349156 | Abener North America Construction, LP | $8,486.40 | $8,486.40 | |
| CONDORCHEM ENVITECH LLC | 349093 | Abener Teyma Mojave General Partnership | $8,486.40 | $8,486.40 | |
| CONSTRUC. MET MEXICANAS S.A. DE C.V. | 350569 | Abener Construction Services, LLC | $82,254.00 | $82,254.00 | |
| CONTROL COMPONENTS INC | 350817 | Abeinsa Holding Inc. | $30,677.74 | $30,677.74 | |
| CONTROL COMPONENTS INC | 349157 | Abener North America Construction, LP | $30,677.74 | $30,677.74 | |
| CONTROL COMPONENTS INC | 349094 | Abener Teyma Mojave General Partnership | $30,677.74 | $30,677.74 | |
| CORACI, S.A. | 349726 | Abencor USA, LLC | $233,877.94 | $233,877.94 | |
| COX, CASTLE & NICHOLSON LLCP | 350164 | Abeinsa EPC, LLC | $23,505.58 | $23,505.58 | |
| CRYSTAL CLEAR ICE | 349660 | Abeinsa Abener Teyma General Partnership | $22,321.30 | $22,321.30 | |
| CRYSTAL CLEAR ICE | 350166 | Abeinsa EPC, LLC | $22,321.30 | $22,321.30 | |
| CRYSTAL CLEAR ICE | 350649 | Abener Construction Services, LLC | $22,321.30 | $22,321.30 | |
| CRYSTAL CLEAR ICE | 349106 | Teyma Construction USA, LLC | $22,321.30 | $22,321.30 | |
| DELOITTE & TOUCHE, LLP | 350652 | Abener Construction Services, LLC | $38,769.00 | $38,769.00 | |
| DENBESTE WATER SOLUTIONS, LLC | 350821 | Abeinsa Holding Inc. | $30,973.00 | $30,973.00 | |
| DENBESTE WATER SOLUTIONS, LLC | 349161 | Abener North America Construction, LP | $30,973.00 | $30,973.00 | |
| DENBESTE WATER SOLUTIONS, LLC | 349098 | Abener Teyma Mojave General Partnership | $30,973.00 | $30,973.00 | |
| DEPT OF COMMERCE & CONSUMER AFFAIRS | 350169 | Abeinsa EPC, LLC | $100.00 | $100.00 | |
| DESERT SPRINGS BOTTLED WATER CO. | 349661 | Abeinsa Abener Teyma General Partnership | $84,993.95 | $84,993.95 | |
| DESERT SPRINGS BOTTLED WATER CO. | 350170 | Abeinsa EPC, LLC | $84,993.95 | $84,993.95 | |
| DESERT SPRINGS BOTTLED WATER CO. | 350653 | Abener Construction Services, LLC | $84,993.95 | $84,993.95 | |
| DESERT SPRINGS BOTTLED WATER CO. | 349109 | Teyma Construction USA, LLC | $84,993.95 | $84,993.95 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 349304 | Abeinsa Abener Teyma General Partnership | $163,430.23 | $163,430.23 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 350171 | Abeinsa EPC, LLC | $163,430.23 | $163,430.23 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 350660 | Abener Construction Services, LLC | $163,430.23 | $163,430.23 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 350661 | Abener Construction Services, LLC | $118.24 | $118.24 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 349110 | Teyma Construction USA, LLC | $118.24 | $118.24 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| DESIGN SPACE MODULAR BUILDINGS, INC | 349111 | Teyma Construction USA, LLC | $163,430.23 | $163,430.23 | |
| DESIGN SPACE MODULAR BUILDINGS, INC | 348349 | Teyma USA & Abener Engineering and Construction Services General Partnership | $118.24 | $118.24 | |
| DETROIT STOKER | 350662 | Abener Construction Services, LLC | $9,637.38 | $9,637.38 | |
| DETROIT STOKER | 349476 | Abener Teyma Hugoton General Partnership | $9,637.38 | $9,637.38 | |
| DETROIT STOKER | 349112 | Teyma Construction USA, LLC | $9,637.38 | $9,637.38 | |
| DEVIN OIL CO. INC | 349306 | Abeinsa Abener Teyma General Partnership | $158,384.27 | $158,384.27 | |
| DEVIN OIL CO. INC | 350173 | Abeinsa EPC, LLC | $158,384.27 | $158,384.27 | |
| DEVIN OIL CO. INC | 350682 | Abener Construction Services, LLC | $158,384.27 | $158,384.27 | |
| DEVIN OIL CO. INC | 349184 | Teyma Construction USA, LLC | $158,384.27 | $158,384.27 | |
| DIRCKS MOVING & LOGISTICS | 350176 | Abeinsa EPC, LLC | $10,559.50 | $10,559.50 | |
| DIXIE-SOUTHERN | 349309 | Abeinsa Abener Teyma General Partnership | $27,742.65 | $27,742.65 | |
| DIXIE-SOUTHERN | 350177 | Abeinsa EPC, LLC | $27,742.65 | $27,742.65 | |
| DIXIE-SOUTHERN | 350685 | Abener Construction Services, LLC | $27,742.65 | $27,742.65 | |
| DIXIE-SOUTHERN | 349187 | Teyma Construction USA, LLC | $27,742.65 | $27,742.65 | |
| DYNAMIC VENDING, INC. | 350178 | Abeinsa EPC, LLC | $4,261.54 | $4,261.54 | |
| ECK ECKROHRKESSEL GMBH | 350691 | Abener Construction Services, LLC | $18,377.13 | $18,377.13 | |
| ECK ECKROHRKESSEL GMBH | 349915 | Abener Teyma Hugoton General Partnership | $18,377.13 | $18,377.13 | |
| ECK ECKROHRKESSEL GMBH | 349193 | Teyma Construction USA, LLC | $18,377.13 | $18,377.13 | |
| ECONOMY POWER & INSTRUMENT | 350850 | Abener Construction Services, LLC | $56.00 | $56.00 | |
| ECONOMY POWER & INSTRUMENT | 349916 | Abener Teyma Hugoton General Partnership | $56.00 | $56.00 | |
| ECONOMY POWER & INSTRUMENT | 349194 | Teyma Construction USA, LLC | $56.00 | $56.00 | |
| ELECTRA MOLINS, S.A. | 349728 | Abencor USA, LLC | $33,395.00 | $33,395.00 | |
| EMERSON PROCESS MANAGEMENT | 349311 | Abeinsa Abener Teyma General Partnership | $65,045.40 | $65,045.40 | |
| EMERSON PROCESS MANAGEMENT | 350180 | Abeinsa EPC, LLC | $65,045.40 | $65,045.40 | |
| EMERSON PROCESS MANAGEMENT | 350855 | Abener Construction Services, LLC | $65,045.40 | $65,045.40 | |
| EMERSON PROCESS MANAGEMENT | 349199 | Teyma Construction USA, LLC | $65,045.40 | $65,045.40 | |
| EMPLOYEE_0002961 | 350181 | Abeinsa EPC, LLC | $3,047.00 | $3,047.00 | |
| EPC SERVICES COMPANY | 350836 | Abeinsa Holding Inc. | $45,787.65 | $45,787.65 | |
| EPC SERVICES COMPANY | 349897 | Abener North America Construction, LP | $45,787.65 | $45,787.65 | |
| EPC SERVICES COMPANY | 349042 | Abener Teyma Mojave General Partnership | $45,787.65 | $45,787.65 | |
| EQUIFAX | 350182 | Abeinsa EPC, LLC | $1,661.22 | $1,661.22 | |
| ETC COMPLIANCE SOLUTIONS, INC | 350183 | Abeinsa EPC, LLC | $565.00 | $565.00 | |
| EUGENE DANA MERWIN - SPECKS | 349314 | Abeinsa Abener Teyma General Partnership | $281.00 | $281.00 | |
| EUGENE DANA MERWIN - SPECKS | 350186 | Abeinsa EPC, LLC | $281.00 | $281.00 | |
| EUGENE DANA MERWIN - SPECKS | 350859 | Abener Construction Services, LLC | $281.00 | $281.00 | |
| EUGENE DANA MERWIN - SPECKS | 349203 | Teyma Construction USA, LLC | $281.00 | $281.00 | |
| EW CORPORATION | 350839 | Abeinsa Holding Inc. | $11,679.13 | $11,679.13 | |
| EW CORPORATION | 349900 | Abener North America Construction, LP | $11,679.13 | $11,679.13 | |
| EW CORPORATION | 349045 | Abener Teyma Mojave General Partnership | $11,679.13 | $11,679.13 | |
| EXA ARCHITECTS | 350862 | Abener Construction Services, LLC | $11,840.00 | $11,840.00 | |
| EXA ARCHITECTS | 348465 | Teyma Construction USA, LLC | $11,840.00 | $11,840.00 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| EXA ARCHITECTS | 348432 | Teyma USA & Abener Engineering and Construction Services General Partnership | $11,840.00 | $11,840.00 | |
| FACILITY GATEWAY CORPORATION | 350864 | Abener Construction Services, LLC | $170.34 | $170.34 | |
| FACILITY GATEWAY CORPORATION | 349922 | Abener Teyma Hugoton General Partnership | $170.34 | $170.34 | |
| FACILITY GATEWAY CORPORATION | 348467 | Teyma Construction USA, LLC | $170.34 | $170.34 | |
| FASTENERS INC. | 349316 | Abeinsa Abener Teyma General Partnership | $63,005.08 | $63,005.08 | |
| FASTENERS INC. | 350188 | Abeinsa EPC, LLC | $63,005.08 | $63,005.08 | |
| FASTENERS INC. | 350866 | Abener Construction Services, LLC | $63,005.08 | $63,005.08 | |
| FASTENERS INC. | 348469 | Teyma Construction USA, LLC | $63,005.08 | $63,005.08 | |
| FEDEX | 350189 | Abeinsa EPC, LLC | $608.17 | $608.17 | |
| FEDEX | 350867 | Abener Construction Services, LLC | $2,086.71 | $2,086.71 | |
| FEDEX | 349923 | Abener Teyma Hugoton General Partnership | $2,086.71 | $2,086.71 | |
| FEDEX | 348470 | Teyma Construction USA, LLC | $2,086.71 | $2,086.71 | |
| FEDEX - PASADENA, CA | 348152 | Abener Construction Services, LLC | $1,305.28 | $1,305.28 | |
| FEDEX - PASADENA, CA | 348471 | Teyma Construction USA, LLC | $1,305.28 | $1,305.28 | |
| FEDEX - PASADENA, CA | 348433 | Teyma USA & Abener Engineering and Construction Services General Partnership | $1,305.28 | $1,305.28 | |
| FENCE CORP | 350841 | Abeinsa Holding Inc. | $59,248.00 | $59,248.00 | |
| FENCE CORP | 349902 | Abener North America Construction, LP | $59,248.00 | $59,248.00 | |
| FENCE CORP | 349992 | Abener Teyma Mojave General Partnership | $59,248.00 | $59,248.00 | |
| FENNEMORE CRAIG, PC | 350225 | Abeinsa EPC, LLC | $700.59 | $700.59 | |
| FLEETCOR TECHNOLOGIES, INC. | 348158 | Abener Construction Services, LLC | $3,082.98 | $3,082.98 | |
| FLEETCOR TECHNOLOGIES, INC. | 348159 | Abener Construction Services, LLC | $828.82 | $828.82 | |
| FLEETCOR TECHNOLOGIES, INC. | 350124 | Abener Teyma Hugoton General Partnership | $3,082.98 | $3,082.98 | |
| FLEETCOR TECHNOLOGIES, INC. | 348477 | Teyma Construction USA, LLC | $828.82 | $828.82 | |
| FLEETCOR TECHNOLOGIES, INC. | 348478 | Teyma Construction USA, LLC | $3,082.98 | $3,082.98 | |
| FLEETCOR TECHNOLOGIES, INC. | 348436 | Teyma USA & Abener Engineering and Construction Services General Partnership | $828.82 | $828.82 | |
| FLORA ESTRADA | 350228 | Abeinsa EPC, LLC | $2,440.00 | $2,440.00 | |
| FLORIDA BOARD OF PROFESSIONAL ENGIN | 350229 | Abeinsa EPC, LLC | $230.00 | $230.00 | |
| FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP | 349318 | Abeinsa Abener Teyma General Partnership | $102,322.00 | $102,322.00 | |
| FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP | 350230 | Abeinsa EPC, LLC | $102,322.00 | $102,322.00 | |
| FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP | 348162 | Abener Construction Services, LLC | $102,322.00 | $102,322.00 | |
| FLOWSERVE SPAIN S.L. (SOCIEDAD UNIP | 348481 | Teyma Construction USA, LLC | $102,322.00 | $102,322.00 | |
| FOSTERQUAN LLP | 350232 | Abeinsa EPC, LLC | $3,770.00 | $3,770.00 | |
| GAI - TRONICS CORPORATION | 349320 | Abeinsa Abener Teyma General Partnership | $96,316.74 | $96,316.74 | |
| GAI - TRONICS CORPORATION | 350233 | Abeinsa EPC, LLC | $96,316.74 | $96,316.74 | |
| GAI - TRONICS CORPORATION | 348165 | Abener Construction Services, LLC | $96,316.74 | $96,316.74 | |
| GAI - TRONICS CORPORATION | 350455 | Teyma Construction USA, LLC | $96,316.74 | $96,316.74 | |
| GAUMER COMPANY, INC. | 348149* | Abeinsa Holding Inc. | $26,585.88 | $26,585.88 | |
| GAUMER COMPANY, INC. | 350457* | Teyma Construction USA, LLC | $74,262.94 | $74,262.94 | |
| GE MOBILE WATER INC | 348169 | Abener Construction Services, LLC | $180,938.00 | $180,938.00 | |
| GE MOBILE WATER INC | 350458 | Teyma Construction USA, LLC | $180,938.00 | $180,938.00 | |
| GE MOBILE WATER INC | 348440 | Teyma USA & Abener Engineering and Construction Services General Partnership | $180,938.00 | $180,938.00 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| GENERAL SUPPLY & SERVICES, INC. | 349667 | Abeinsa Abener Teyma General Partnership | $456,520.39 | $456,520.39 | |
| GENERAL SUPPLY & SERVICES, INC. | 350236 | Abeinsa EPC, LLC | $456,520.39 | $456,520.39 | |
| GENERAL SUPPLY & SERVICES, INC. | 348977 | Abener Construction Services, LLC | $456,520.39 | $456,520.39 | |
| GENERAL SUPPLY & SERVICES, INC. | 350461 | Teyma Construction USA, LLC | $456,520.39 | $456,520.39 | |
| GESTIÓN INTEGRAL DE RR.HH. S.A. | 350237 | Abeinsa EPC, LLC | $1,377.92 | $1,377.92 | |
| GILA BOTTLES | 348978 | Abener Construction Services, LLC | $192.06 | $192.06 | |
| GILA BOTTLES | 350462 | Teyma Construction USA, LLC | $192.06 | $192.06 | |
| GILA BOTTLES | 348441 | Teyma USA & Abener Engineering and Construction Services General Partnership | $192.06 | $192.06 | |
| H2O ENVIRONMENTAL | 348671 | Abeinsa Holding Inc. | $22,440.00 | $22,440.00 | |
| H2O ENVIRONMENTAL | 350116 | Abener North America Construction, LP | $22,440.00 | $22,440.00 | |
| H2O ENVIRONMENTAL | 350006 | Abener Teyma Mojave General Partnership | $22,440.00 | $22,440.00 | |
| H2O ENVIRONMENTAL SERVICES | 348981 | Abener Construction Services, LLC | $134.25 | $134.25 | |
| H2O ENVIRONMENTAL SERVICES | 350465 | Teyma Construction USA, LLC | $134.25 | $134.25 | |
| H2O ENVIRONMENTAL SERVICES | 348443 | Teyma USA & Abener Engineering and Construction Services General Partnership | $134.25 | $134.25 | |
| HERMISTON PLAN CENTER | 350247 | Abeinsa EPC, LLC | $1,125.45 | $1,125.45 | |
| HILTI, INC. | 349687 | Abeinsa Abener Teyma General Partnership | $113,640.95 | $113,640.95 | |
| HILTI, INC. | 349657 | Abeinsa EPC, LLC | $113,640.95 | $113,640.95 | |
| HILTI, INC. | 348988 | Abener Construction Services, LLC | $113,640.95 | $113,640.95 | |
| HILTI, INC. | 348311 | Teyma Construction USA, LLC | $113,640.95 | $113,640.95 | |
| IBT INC | 348989 | Abener Construction Services, LLC | $20,129.24 | $20,129.24 | |
| IBT INC | 350127 | Abener Teyma Hugoton General Partnership | $20,129.24 | $20,129.24 | |
| IBT INC | 348312 | Teyma Construction USA, LLC | $20,129.24 | $20,129.24 | |
| ICON SOLUTIONS | 348990 | Abener Construction Services, LLC | $18,354.29 | $18,354.29 | |
| ICON SOLUTIONS | 350128 | Abener Teyma Hugoton General Partnership | $18,354.29 | $18,354.29 | |
| ICON SOLUTIONS | 348313 | Teyma Construction USA, LLC | $18,354.29 | $18,354.29 | |
| IDEMITSU LUBRICANTS AMERICA CORPOR. | 349688 | Abeinsa Abener Teyma General Partnership | $147,523.96 | $147,523.96 | |
| IDEMITSU LUBRICANTS AMERICA CORPOR. | 350267 | Abeinsa EPC, LLC | $147,523.96 | $147,523.96 | |
| IDEMITSU LUBRICANTS AMERICA CORPOR. | 348991 | Abener Construction Services, LLC | $147,523.96 | $147,523.96 | |
| IDEMITSU LUBRICANTS AMERICA CORPOR. | 348314 | Teyma Construction USA, LLC | $147,523.96 | $147,523.96 | |
| ILLINOIS ELECTRIC WORKS | 349219 | Abener Construction Services, LLC | $1,653.00 | $1,653.00 | |
| ILLINOIS ELECTRIC WORKS | 350130 | Abener Teyma Hugoton General Partnership | $1,653.00 | $1,653.00 | |
| ILLINOIS ELECTRIC WORKS | 348316 | Teyma Construction USA, LLC | $1,653.00 | $1,653.00 | |
| INDIANA SECRETARY OF STATE | 350290 | Abeinsa EPC, LLC | $210.00 | $210.00 | |
| INSTALACIONES INABENSA S.A. | 348319 | Teyma Construction USA, LLC | $30,961.33 | $30,961.33 | |
| INSTALACIONES INABENSA S.A. | 348320 | Teyma Construction USA, LLC | $147,691.01 | $147,691.01 | |
| INSTALACIONES INABENSA S.A. | 348683 | Abeinsa Holding Inc. | $68,821.49 | $68,821.49 | |
| INSTALACIONES INABENSA S.A. | 350291 | Abeinsa EPC, LLC | $2,186.78 | $2,186.78 | |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 348684 | Abeinsa Holding Inc. | $509,828.42 | $509,828.42 | |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 349222 | Abener Construction Services, LLC | $17,542.36 | $17,542.36 | |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 349980 | Abener North America Construction, LP | $509,828.42 | $509,828.42 | |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 350131 | Abener Teyma Hugoton General Partnership | $17,542.36 | $17,542.36 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 350216 | Abener Teyma Mojave General Partnership | $509,828.42 | $509,828.42 | |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 348321 | Teyma Construction USA, LLC | $17,542.36 | $17,542.36 | |
| ISCO INDUSTRIES, INC. | 349690 | Abeinsa Abener Teyma General Partnership | $4,445.90 | $4,445.90 | |
| ISCO INDUSTRIES, INC. | 350294 | Abeinsa EPC, LLC | $4,445.90 | $4,445.90 | |
| ISCO INDUSTRIES, INC. | 349223 | Abener Construction Services, LLC | $4,445.90 | $4,445.90 | |
| ISCO INDUSTRIES, INC. | 348322 | Teyma Construction USA, LLC | $4,445.90 | $4,445.90 | |
| ISO ACCELERATE GROUP, INC. | 350295 | Abeinsa EPC, LLC | $525.00 | $525.00 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 349693 | Abeinsa Abener Teyma General Partnership | $19,312.50 | $19,312.50 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 350299 | Abeinsa EPC, LLC | $19,312.50 | $19,312.50 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 348939 | Abeinsa Holding Inc. | $26,239.01 | $26,239.01 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 349270 | Abener Construction Services, LLC | $19,312.50 | $19,312.50 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 349985 | Abener North America Construction, LP | $26,239.01 | $26,239.01 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 350221 | Abener Teyma Mojave General Partnership | $26,239.01 | $26,239.01 | |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 348326 | Teyma Construction USA, LLC | $19,312.50 | $19,312.50 | |
| JOHNSON MARCH INC. | 350301 | Abeinsa EPC, LLC | $183,175.14 | $183,175.14 | |
| JOSE RUIZ GRANADOS | 349695 | Abeinsa Abener Teyma General Partnership | $4,606.34 | $4,606.34 | |
| JOSE RUIZ GRANADOS | 350302 | Abeinsa EPC, LLC | $4,606.34 | $4,606.34 | |
| JOSE RUIZ GRANADOS | 349273 | Abener Construction Services, LLC | $4,606.34 | $4,606.34 | |
| JOSE RUIZ GRANADOS | 348738 | Teyma Construction USA, LLC | $4,606.34 | $4,606.34 | |
| JUNTAS Y COMPENSADORES, S.L. | 348942 | Abeinsa Holding Inc. | $237,477.57 | $237,477.57 | |
| JUNTAS Y COMPENSADORES, S.L. | 349988 | Abener North America Construction, LP | $237,477.57 | $237,477.57 | |
| JUNTAS Y COMPENSADORES, S.L. | 350224 | Abener Teyma Mojave General Partnership | $237,477.57 | $237,477.57 | |
| KBL INC DBA ABADAN | 349696 | Abeinsa Abener Teyma General Partnership | $553.36 | $553.36 | |
| KBL INC DBA ABADAN | 350303 | Abeinsa EPC, LLC | $553.36 | $553.36 | |
| KBL INC DBA ABADAN | 349274 | Abener Construction Services, LLC | $553.36 | $553.36 | |
| KBL INC DBA ABADAN | 348739 | Teyma Construction USA, LLC | $553.36 | $553.36 | |
| KENOCRANE INC | 349275 | Abener Construction Services, LLC | $2,230.00 | $2,230.00 | |
| KENOCRANE INC | 350134 | Abener Teyma Hugoton General Partnership | $2,230.00 | $2,230.00 | |
| KENOCRANE INC | 348740 | Teyma Construction USA, LLC | $2,230.00 | $2,230.00 | |
| KILLING MOON ENTERPRISES INC | 350304 | Abeinsa EPC, LLC | $1,833.66 | $1,833.66 | |
| KNIGHTHAWK ENGINEERING, INC | 349276 | Abener Construction Services, LLC | $290.00 | $290.00 | |
| KNIGHTHAWK ENGINEERING, INC | 348741 | Teyma Construction USA, LLC | $290.00 | $290.00 | |
| KNIGHTHAWK ENGINEERING, INC | 348395 | Teyma USA & Abener Engineering and Construction Services General Partnership | $290.00 | $290.00 | |
| KONICA MINOLTA BUISNESS SOLUTIONS U | 350306 | Abeinsa EPC, LLC | $425.77 | $425.77 | |
| KRIZ DAVIS CO. | 349278 | Abener Construction Services, LLC | $24,285.81 | $24,285.81 | |
| KRIZ DAVIS CO. | 350135 | Abener Teyma Hugoton General Partnership | $24,285.81 | $24,285.81 | |
| KRIZ DAVIS CO. | 348743 | Teyma Construction USA, LLC | $24,285.81 | $24,285.81 | |
| Kronhe Energia S.l.u | 349735 | Abencor USA, LLC | $22,826.28 | $22,826.28 | |
| LARRAIN, RENCORET, URZUA Y CIA | 350397 | Abeinsa EPC, LLC | $97.38 | $97.38 | |
| LCPTRACKER, INC. | 350400 | Abeinsa EPC, LLC | $96,396.63 | $96,396.63 | |
| LEEWARD USA, INC. | 349703 | Abeinsa Abener Teyma General Partnership | $4,926.08 | $4,926.08 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| LEEWARD USA, INC. | 350401 | Abeinsa EPC, LLC | $4,926.08 | $4,926.08 | |
| LEEWARD USA, INC. | 349285 | Abener Construction Services, LLC | $4,926.08 | $4,926.08 | |
| LEEWARD USA, INC. | 348750 | Teyma Construction USA, LLC | $4,926.08 | $4,926.08 | |
| LEXISNEXIS | 350406 | Abeinsa EPC, LLC | $888.80 | $888.80 | |
| LITHOTECH INC | 350422 | Abeinsa EPC, LLC | $832.02 | $832.02 | |
| LOPEZ, CLARA | 445284 | Abeinsa EPC, LLC | $3,047.00 | $3,047.00 | |
| LYNCOLE GROUNDING SOLUTIONS, LLC. | 350423 | Abeinsa EPC, LLC | $995.00 | $995.00 | |
| M&M PORTABLE TOILETS | 349287 | Abener Construction Services, LLC | $54.91 | $54.91 | |
| M&M PORTABLE TOILETS | 348483 | Teyma Construction USA, LLC | $54.91 | $54.91 | |
| M&M PORTABLE TOILETS | 348401 | Teyma USA & Abener Engineering and Construction Services General Partnership | $54.91 | $54.91 | |
| MADDEN OIL | 349288 | Abener Construction Services, LLC | $5,592.00 | $5,592.00 | |
| MADDEN OIL | 350138 | Abener Teyma Hugoton General Partnership | $5,592.00 | $5,592.00 | |
| MADDEN OIL | 348484 | Teyma Construction USA, LLC | $5,592.00 | $5,592.00 | |
| MANSPERGER PATTERSON & MCMULLIN | 350424 | Abeinsa EPC, LLC | $5,125.00 | $5,125.00 | |
| MATCOR, INC. | 349765 | Abeinsa Abener Teyma General Partnership | $3,537.60 | $3,537.60 | |
| MATCOR, INC. | 350426 | Abeinsa EPC, LLC | $3,537.60 | $3,537.60 | |
| MATCOR, INC. | 349291 | Abener Construction Services, LLC | $3,537.60 | $3,537.60 | |
| MATCOR, INC. | 348487 | Teyma Construction USA, LLC | $3,537.60 | $3,537.60 | |
| MB PROFESSIONAL SERVICE, INC. | 349251 | Abeinsa Holding Inc. | $30,315.70 | $30,315.70 | |
| MB PROFESSIONAL SERVICE, INC. | 350614 | Abener North America Construction, LP | $30,315.70 | $30,315.70 | |
| MB PROFESSIONAL SERVICE, INC. | 348232 | Abener Teyma Mojave General Partnership | $30,315.70 | $30,315.70 | |
| MENAFRA, GONZALO | 349512 | Abeinsa EPC, LLC | $12,475.00 | | $12,475.00 |
| MENAFRA, GONZALO | 445285 | Abeinsa EPC, LLC | $167.00 | $167.00 | |
| MIGUEZ REIN ING CONSULT S.L. | 349299 | Abener Construction Services, LLC | $8,000.00 | $8,000.00 | |
| MIGUEZ REIN ING CONSULT S.L. | 349959 | Abener Teyma Hugoton General Partnership | $8,000.00 | $8,000.00 | |
| MIGUEZ REIN ING CONSULT S.L. | 348495 | Teyma Construction USA, LLC | $8,000.00 | $8,000.00 | |
| MILCO CONSTRUCTORS | 349253 | Abeinsa Holding Inc. | $42,105.98 | $42,105.98 | |
| MILCO CONSTRUCTORS | 349254 | Abeinsa Holding Inc. | $9.00 | $9.00 | |
| MILCO CONSTRUCTORS | 350616 | Abener North America Construction, LP | $42,105.98 | $42,105.98 | |
| MILCO CONSTRUCTORS | 350617 | Abener North America Construction, LP | $9.00 | $9.00 | |
| MILCO CONSTRUCTORS | 348234 | Abener Teyma Mojave General Partnership | $9.00 | $9.00 | |
| MILLER AND SONS WELDING, INC. | 349768 | Abeinsa Abener Teyma General Partnership | $22,241.25 | $22,241.25 | |
| MILLER AND SONS WELDING, INC. | 350526 | Abeinsa EPC, LLC | $22,241.25 | $22,241.25 | |
| MILLER AND SONS WELDING, INC. | 349300 | Abener Construction Services, LLC | $22,241.25 | $22,241.25 | |
| MILLER AND SONS WELDING, INC. | 348496 | Teyma Construction USA, LLC | $22,241.25 | $22,241.25 | |
| MISTRAS GROUP, INC. | 349769 | Abeinsa Abener Teyma General Partnership | $31,128.82 | $31,128.82 | |
| MISTRAS GROUP, INC. | 350527 | Abeinsa EPC, LLC | $31,128.82 | $31,128.82 | |
| MISTRAS GROUP, INC. | 349302 | Abener Construction Services, LLC | $31,128.82 | $31,128.82 | |
| MISTRAS GROUP, INC. | 348498 | Teyma Construction USA, LLC | $31,128.82 | $31,128.82 | |
| MOTT CORPORATION | 349324 | Abener Construction Services, LLC | $1,050.00 | $1,050.00 | |
| MOTT CORPORATION | 349961 | Abener Teyma Hugoton General Partnership | $1,050.00 | $1,050.00 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| MOTT CORPORATION | 348502 | Teyma Construction USA, LLC | $1,050.00 | $1,050.00 | |
| MURRAY COMPANY | 348238* | Abener Teyma Mojave General Partnership | $18,903.03 | $18,903.03 | |
| NALCO DATA MOBILITY SYSTEMS | 349771 | Abeinsa Abener Teyma General Partnership | $15,698.30 | $15,698.30 | |
| NALCO DATA MOBILITY SYSTEMS | 350529 | Abeinsa EPC, LLC | $15,698.30 | $15,698.30 | |
| NALCO DATA MOBILITY SYSTEMS | 349326 | Abener Construction Services, LLC | $15,698.30 | $15,698.30 | |
| NALCO DATA MOBILITY SYSTEMS | 348504 | Teyma Construction USA, LLC | $15,698.30 | $15,698.30 | |
| NCSG CRANE & HEAVY HAUL SERVICES | 349774 | Abeinsa Abener Teyma General Partnership | $4,658.96 | $4,658.96 | |
| NCSG CRANE & HEAVY HAUL SERVICES | 350534 | Abeinsa EPC, LLC | $4,658.96 | $4,658.96 | |
| NCSG CRANE & HEAVY HAUL SERVICES | 349335 | Abener Construction Services, LLC | $4,658.96 | $4,658.96 | |
| NCSG CRANE & HEAVY HAUL SERVICES | 348513 | Teyma Construction USA, LLC | $4,658.96 | $4,658.96 | |
| NEGOCIOS INDUSTRIALES Y COMERCIALES S.A. | 348409 | Teyma USA & Abener Engineering and Construction Services General Partnership | $274,197.21 | $274,197.21 | |
| NEGOCIOS INDUSTRIALES Y COMERCIALES S.A. | 348515 | Teyma Construction USA, LLC | $225,921.61 | $225,921.61 | |
| NESCO SERVICE COMPANY | 350536 | Abeinsa EPC, LLC | $8,378.76 | $8,378.76 | |
| NEVADA BOARD OF PE & LS | 350537 | Abeinsa EPC, LLC | $105.00 | $105.00 | |
| NEWJAC, INC. | 348518 | Teyma Construction USA, LLC | $1,847,998.59 | $1,847,998.59 | |
| NFPA | 350539 | Abeinsa EPC, LLC | $324.00 | $324.00 | |
| OFFICE FURNITURE SOLUTIONS | 349855 | Abener Construction Services, LLC | $58.41 | $58.41 | |
| OFFICE FURNITURE SOLUTIONS | 348529 | Teyma Construction USA, LLC | $58.41 | $58.41 | |
| OFFICE FURNITURE SOLUTIONS | 348364 | Teyma USA & Abener Engineering and Construction Services General Partnership | $58.41 | $58.41 | |
| ONE CARGO, S.L. | 349737 | Abencor USA, LLC | $172,534.32 | $172,534.32 | |
| ORBIT INDUSTRIES LLC | 349534 | Abeinsa Holding Inc. | $816.00 | $816.00 | |
| ORBIT INDUSTRIES LLC | 350886 | Abener North America Construction, LP | $816.00 | $816.00 | |
| ORBIT INDUSTRIES LLC | 348765 | Abener Teyma Mojave General Partnership | $816.00 | $816.00 | |
| OXARC, INC. | 349783 | Abeinsa Abener Teyma General Partnership | $101,618.16 | $101,618.16 | |
| OXARC, INC. | 350549 | Abeinsa EPC, LLC | $101,618.16 | $101,618.16 | |
| OXARC, INC. | 349856 | Abener Construction Services, LLC | $101,618.16 | $101,618.16 | |
| OXARC, INC. | 348530 | Teyma Construction USA, LLC | $101,618.16 | $101,618.16 | |
| PACIFIC OFFICE AUTOMATION INC. | 350571 | Abeinsa EPC, LLC | $5,864.11 | $5,864.11 | |
| PACIFIC POWER | 349787 | Abeinsa Abener Teyma General Partnership | $7,547.43 | $7,547.43 | |
| PACIFIC POWER | 350572 | Abeinsa EPC, LLC | $7,547.43 | $7,547.43 | |
| PACIFIC POWER | 349860 | Abener Construction Services, LLC | $7,547.43 | $7,547.43 | |
| PACIFIC POWER | 348534 | Teyma Construction USA, LLC | $7,547.43 | $7,547.43 | |
| PARKER SMITH AND FEEK, INC. | 350573 | Abeinsa EPC, LLC | $24,628.00 | $24,628.00 | |
| PATRIOT MODULAR | 349788 | Abeinsa Abener Teyma General Partnership | $342,282.97 | $342,282.97 | |
| PATRIOT MODULAR | 350574 | Abeinsa EPC, LLC | $342,282.97 | $342,282.97 | |
| PATRIOT MODULAR | 349862 | Abener Construction Services, LLC | $342,282.97 | $342,282.97 | |
| PATRIOT MODULAR | 348536 | Teyma Construction USA, LLC | $342,282.97 | $342,282.97 | |
| PAYNECREST ELECTRIC AND COMMUNICATI | 349539 | Abeinsa Holding Inc. | $6,639.41 | $6,639.41 | |
| PAYNECREST ELECTRIC AND COMMUNICATI | 350891 | Abener North America Construction, LP | $6,639.41 | $6,639.41 | |
| PAYNECREST ELECTRIC AND COMMUNICATI | 348770 | Abener Teyma Mojave General Partnership | $6,639.41 | $6,639.41 | |
| PEARSON WATER TENDERS | 349541 | Abeinsa Holding Inc. | $81,635.00 | $81,635.00 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| PEARSON WATER TENDERS | 350893 | Abener North America Construction, LP | $81,635.00 | $81,635.00 | |
| PEARSON WATER TENDERS | 348772 | Abener Teyma Mojave General Partnership | $81,635.00 | $81,635.00 | |
| PEDROZO, MARCELA FERNANDEZ | 349513 | Abeinsa EPC, LLC | $42,873.45 | $30,398.45 | $12,475.00 |
| PENDLETON ELECTRIC, CO. | 349789 | Abeinsa Abener Teyma General Partnership | $2,906.49 | $2,906.49 | |
| PENDLETON ELECTRIC, CO. | 350575 | Abeinsa EPC, LLC | $2,906.49 | $2,906.49 | |
| PENDLETON ELECTRIC, CO. | 349863 | Abener Construction Services, LLC | $2,906.49 | $2,906.49 | |
| PENDLETON ELECTRIC, CO. | 350471 | Teyma Construction USA, LLC | $2,906.49 | $2,906.49 | |
| PERI FORMWORK SYSTEMS INC. | 349791 | Abeinsa Abener Teyma General Partnership | $18,089.31 | $18,089.31 | |
| PERI FORMWORK SYSTEMS INC. | 350577 | Abeinsa EPC, LLC | $18,089.31 | $18,089.31 | |
| PERI FORMWORK SYSTEMS INC. | 349867 | Abener Construction Services, LLC | $18,089.31 | $18,089.31 | |
| PERI FORMWORK SYSTEMS INC. | 350475 | Teyma Construction USA, LLC | $18,089.31 | $18,089.31 | |
| PETTY CASH | 349544 | Abeinsa Holding Inc. | $17,774.94 | $17,774.94 | |
| PETTY CASH | 350896 | Abener North America Construction, LP | $17,774.94 | $17,774.94 | |
| PETTY CASH | 348810 | Abener Teyma Mojave General Partnership | $17,774.94 | $17,774.94 | |
| PHOENIX PUMPS, INC. | 349665 | Abeinsa Holding Inc. | $371.44 | $371.44 | |
| PHOENIX PUMPS, INC. | 350898 | Abener North America Construction, LP | $371.44 | $371.44 | |
| PHOENIX PUMPS, INC. | 348812 | Abener Teyma Mojave General Partnership | $371.44 | $371.44 | |
| PIONEER ELECTRIC COOPERATIVE, INC | 350065 | Abener Construction Services, LLC | $14.40 | $14.40 | |
| PIONEER ELECTRIC COOPERATIVE, INC | 349969 | Abener Teyma Hugoton General Partnership | $14.40 | $14.40 | |
| PIONEER ELECTRIC COOPERATIVE, INC | 350483 | Teyma Construction USA, LLC | $14.40 | $14.40 | |
| PMI GLOBAL OPERATIONS CENTRE | 350584 | Abeinsa EPC, LLC | $544.00 | $544.00 | |
| POPULAR | 350068 | Abener Construction Services, LLC | $2,057,563.24 | $2,057,563.24 | |
| POPULAR | 350486 | Teyma Construction USA, LLC | $2,057,563.24 | $2,057,563.24 | |
| POPULAR | 348370 | Teyma USA & Abener Engineering and Construction Services General Partnership | $2,057,563.24 | $2,057,563.24 | |
| POWER LINE SOLUTIONS | 349797 | Abeinsa Abener Teyma General Partnership | $2,808.76 | $2,808.76 | |
| POWER LINE SOLUTIONS | 350585 | Abeinsa EPC, LLC | $2,808.76 | $2,808.76 | |
| POWER LINE SOLUTIONS | 350069 | Abener Construction Services, LLC | $2,808.76 | $2,808.76 | |
| POWER LINE SOLUTIONS | 350487 | Teyma Construction USA, LLC | $2,808.76 | $2,808.76 | |
| PRICEWATERHOUSECOOPERS LLP | 349673 | Abeinsa Holding Inc. | $232,472.00 | $232,472.00 | |
| PROCESS EQUIPMENT & CONTROLS, INC | 350071 | Abener Construction Services, LLC | $65,575.88 | $65,575.88 | |
| PROCESS EQUIPMENT & CONTROLS, INC | 349970 | Abener Teyma Hugoton General Partnership | $65,575.88 | $65,575.88 | |
| PROCESS EQUIPMENT & CONTROLS, INC | 350489 | Teyma Construction USA, LLC | $65,575.88 | $65,575.88 | |
| RED-D-ARC INC. | 349800 | Abeinsa Abener Teyma General Partnership | $4,458.91 | $4,458.91 | |
| RED-D-ARC INC. | 350588 | Abeinsa EPC, LLC | $4,458.91 | $4,458.91 | |
| RED-D-ARC INC. | 350074 | Abener Construction Services, LLC | $4,458.91 | $4,458.91 | |
| RED-D-ARC INC. | 348329 | Teyma Construction USA, LLC | $4,458.91 | $4,458.91 | |
| REFINER PRODUCTS MANUFACTURING | 350075 | Abener Construction Services, LLC | $15,662.75 | $15,662.75 | |
| REFINER PRODUCTS MANUFACTURING | 349971 | Abener Teyma Hugoton General Partnership | $15,662.75 | $15,662.75 | |
| REFINER PRODUCTS MANUFACTURING | 348330 | Teyma Construction USA, LLC | $15,662.75 | $15,662.75 | |
| RESOURCE WEST INC. | 350076 | Abener Construction Services, LLC | $625,178.83 | $625,178.83 | |
| RESOURCE WEST INC. | 348331 | Teyma Construction USA, LLC | $625,178.83 | $625,178.83 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| RESOURCE WEST INC. | 348372 | Teyma USA & Abener Engineering and Construction Services General Partnership | $625,178.83 | $625,178.83 | |
| REVERE & WALLACE | 350589 | Abeinsa EPC, LLC | $2,565.36 | $2,565.36 | |
| Roubaud, Sebastian Morelli | 499555 | Abeinsa EPC, LLC | $10,170.12 | $1,656.65 | $8,513.47 |
| RS MANAGEMENT SERVICES CO. | 349803 | Abeinsa Abener Teyma General Partnership | $79,414.58 | $79,414.58 | |
| RS MANAGEMENT SERVICES CO. | 350596 | Abeinsa EPC, LLC | $79,414.58 | $79,414.58 | |
| RS MANAGEMENT SERVICES CO. | 349874 | Abener Construction Services, LLC | $79,414.58 | $79,414.58 | |
| RS MANAGEMENT SERVICES CO. | 348338 | Teyma Construction USA, LLC | $79,414.58 | $79,414.58 | |
| Ruhrpumpem, S.A. de C.V. | 349740 | Abencor USA, LLC | $6,508.00 | $6,508.00 | |
| SC FUELS | 349602 | Abeinsa Holding Inc. | $49,639.51 | $49,639.51 | |
| SC FUELS | 349054 | Abener North America Construction, LP | $49,639.51 | $49,639.51 | |
| SC FUELS | 348787 | Abener Teyma Mojave General Partnership | $49,639.51 | $49,639.51 | |
| SCHNEIDER ELECTRIC | 349603 | Abeinsa Holding Inc. | $233,786.69 | $233,786.69 | |
| SCHNEIDER ELECTRIC | 349055 | Abener North America Construction, LP | $233,786.69 | $233,786.69 | |
| SCHNEIDER ELECTRIC | 348788 | Abener Teyma Mojave General Partnership | $233,786.69 | $233,786.69 | |
| SEAL LABS. (EAG, INC) | 349888 | Abener Construction Services, LLC | $9,800.00 | $9,800.00 | |
| SEAL LABS. (EAG, INC) | 348416 | Teyma Construction USA, LLC | $9,800.00 | $9,800.00 | |
| SEAL LABS. (EAG, INC) | 348375 | Teyma USA & Abener Engineering and Construction Services General Partnership | $9,800.00 | $9,800.00 | |
| SEFCOR, INC. | 349829 | Abeinsa Abener Teyma General Partnership | $13,384.00 | $13,384.00 | |
| SEFCOR, INC. | 350507 | Abeinsa EPC, LLC | $13,384.00 | $13,384.00 | |
| SEFCOR, INC. | 349889 | Abener Construction Services, LLC | $13,384.00 | $13,384.00 | |
| SEFCOR, INC. | 348417 | Teyma Construction USA, LLC | $13,384.00 | $13,384.00 | |
| SELECT STAFFING | 349604 | Abeinsa Holding Inc. | $56,807.34 | $56,807.34 | |
| SELECT STAFFING | 349056 | Abener North America Construction, LP | $56,807.34 | $56,807.34 | |
| SELECT STAFFING | 348789 | Abener Teyma Mojave General Partnership | $56,807.34 | $56,807.34 | |
| SENIOR FLEXONICS GMBH | 349605 | Abeinsa Holding Inc. | $29,274.90 | $29,274.90 | |
| SENIOR FLEXONICS GMBH | 349057 | Abener North America Construction, LP | $29,274.90 | $29,274.90 | |
| SENIOR FLEXONICS GMBH | 348790 | Abener Teyma Mojave General Partnership | $29,274.90 | $29,274.90 | |
| SGS TECNOS, S.A.U. | 349646 | Abeinsa Holding Inc. | $9,121.84 | $9,121.84 | |
| SGS TECNOS, S.A.U. | 349059 | Abener North America Construction, LP | $9,121.84 | $9,121.84 | |
| SGS TECNOS, S.A.U. | 348792 | Abener Teyma Mojave General Partnership | $9,121.84 | $9,121.84 | |
| SIT GRUPO EMPRESARIAL SL | 350516 | Abeinsa EPC, LLC | $10,732.28 | $10,732.28 | |
| SMITH PRECAST INC DBA | 350289 | Abener Construction Services, LLC | $15,827.34 | $15,827.34 | |
| SMITH PRECAST INC DBA | 348429 | Teyma Construction USA, LLC | $15,827.34 | $15,827.34 | |
| SMITH PRECAST INC DBA | 348377 | Teyma USA & Abener Engineering and Construction Services General Partnership | $15,827.34 | $15,827.34 | |
| SNOW, KATHY | 445286 | Abeinsa EPC, LLC | $156.00 | $156.00 | |
| SOPORTES PARA TUBERIAS PIPE HANGERS S.A. | 349811 | Abencor USA, LLC | $19,259.00 | $19,259.00 | |
| SOUTHERN CALIFORNIA SOIL & TESTING | 349549 | Abeinsa Holding Inc. | $265,231.88 | $265,231.88 | |
| SOUTHERN CALIFORNIA SOIL & TESTING | 349232 | Abener North America Construction, LP | $265,231.88 | $265,231.88 | |
| SOUTHERN CALIFORNIA SOIL & TESTING | 348798 | Abener Teyma Mojave General Partnership | $265,231.88 | $265,231.88 | |
| SPARKLETTS | 350517 | Abeinsa EPC, LLC | $352.98 | $352.98 | |
| STANDARD PARKING CORPORATION | 350523 | Abeinsa EPC, LLC | $7,499.03 | $7,499.03 | |

**Scheduled Claims Reconciliation**

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| STANDARD XCHANGE | 349839 | Abeinsa Abener Teyma General Partnership | $54,912.00 | $54,912.00 | |
| STANDARD XCHANGE | 349663 | Abeinsa EPC, LLC | $54,912.00 | $54,912.00 | |
| STANDARD XCHANGE | 350629 | Abener Construction Services, LLC | $54,912.00 | $54,912.00 | |
| STANDARD XCHANGE | 348562 | Teyma Construction USA, LLC | $54,912.00 | $54,912.00 | |
| STAPLES, INC. | 349664 | Abeinsa EPC, LLC | $941.42 | $941.42 | |
| STATE OF RI DEPT OF STATE CORP | 350639 | Abeinsa EPC, LLC | $300.00 | $300.00 | |
| STEINY & COMPANY, INC | 349553 | Abeinsa Holding Inc. | $33,546.51 | $33,546.51 | |
| STEINY & COMPANY, INC | 349379 | Abener North America Construction, LP | $33,546.51 | $33,546.51 | |
| STEINY & COMPANY, INC | 348802 | Abener Teyma Mojave General Partnership | $33,546.51 | $33,546.51 | |
| STRAIGHT LINE CONSTRUCTION CO | 349554 | Abeinsa Holding Inc. | $40,861.26 | $40,861.26 | |
| STRAIGHT LINE CONSTRUCTION CO | 349380 | Abener North America Construction, LP | $40,861.26 | $40,861.26 | |
| STRAIGHT LINE CONSTRUCTION CO | 348803 | Abener Teyma Mojave General Partnership | $40,861.26 | $40,861.26 | |
| Suministros Industriales y Material Eléctrico, S.A. - | 349812 | Abencor USA, LLC | $1,201,029.63 | $1,201,029.63 | |
| SUMMIT FIRE PROTECTION | 350638 | Abener Construction Services, LLC | $654.45 | $654.45 | |
| SUMMIT FIRE PROTECTION | 348571 | Teyma Construction USA, LLC | $654.45 | $654.45 | |
| SUMMIT FIRE PROTECTION | 348381 | Teyma USA & Abener Engineering and Construction Services General Partnership | $654.45 | $654.45 | |
| SUN RENTAL CENTER | 348592 | Teyma Construction USA, LLC | $883,732.48 | $883,732.48 | |
| TATRO PLUMBING CO, INC | 350659 | Abener Construction Services, LLC | $1,792.62 | $1,792.62 | |
| TATRO PLUMBING CO, INC | 350786 | Abener Teyma Hugoton General Partnership | $1,792.62 | $1,792.62 | |
| TATRO PLUMBING CO, INC | 348595 | Teyma Construction USA, LLC | $1,792.62 | $1,792.62 | |
| TECNATOM, S.A. | 349340 | Abeinsa Holding Inc. | $6,464.68 | $6,464.68 | |
| TECNATOM, S.A. | 349390 | Abener North America Construction, LP | $6,464.68 | $6,464.68 | |
| TECNATOM, S.A. | 350013 | Abener Teyma Mojave General Partnership | $6,464.68 | $6,464.68 | |
| TELVENT ENERGIA SA | 349341 | Abeinsa Holding Inc. | $20,687.36 | $20,687.36 | |
| TELVENT ENERGIA SA | 349391 | Abener North America Construction, LP | $20,687.36 | $20,687.36 | |
| TELVENT ENERGIA SA | 350014 | Abener Teyma Mojave General Partnership | $20,687.36 | $20,687.36 | |
| TELVENT USA LLC | 349342 | Abeinsa Holding Inc. | $34,414.95 | $34,414.95 | |
| TELVENT USA LLC | 350869 | Abener Construction Services, LLC | $177,115.59 | $177,115.59 | |
| TELVENT USA LLC | 349392 | Abener North America Construction, LP | $34,414.95 | $34,414.95 | |
| TELVENT USA LLC | 350787 | Abener Teyma Hugoton General Partnership | $177,115.59 | $177,115.59 | |
| TELVENT USA LLC | 350015 | Abener Teyma Mojave General Partnership | $34,414.95 | $34,414.95 | |
| TELVENT USA LLC | 348597 | Teyma Construction USA, LLC | $177,115.59 | $177,115.59 | |
| THE TOWER APARTMENTS LLC | 350696 | Abeinsa EPC, LLC | $615.00 | $615.00 | |
| THERMAL ENGINEERING INTERNATIONAL, | 349345 | Abeinsa Holding Inc. | $74,347.51 | $74,347.51 | |
| THERMAL ENGINEERING INTERNATIONAL, | 348993 | Abener North America Construction, LP | $74,347.51 | $74,347.51 | |
| THERMAL ENGINEERING INTERNATIONAL, | 350017 | Abener Teyma Mojave General Partnership | $74,347.51 | $74,347.51 | |
| THERMOCHEM RECOVERY INTERNATIONAL | 350697 | Abeinsa EPC, LLC | $369.01 | $369.01 | |
| THOMAS REPROGRAPHICS DBA | 350698 | Abeinsa EPC, LLC | $658.95 | $658.95 | |
| TIBA PROJECTS, S.L. | 349814 | Abencor USA, LLC | $27,770.73 | $27,770.73 | |
| TORISHIMA PUMP MFG CO. LTD | 349815 | Abencor USA, LLC | $32,750.25 | $32,750.25 | |
| TQS INSPECTIONS, INC. | 349346 | Abeinsa Holding Inc. | $0.59 | $0.59 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| TQS INSPECTIONS, INC. | 348994 | Abener North America Construction, LP | $0.59 | $0.59 | |
| TQS INSPECTIONS, INC. | 350018 | Abener Teyma Mojave General Partnership | $0.59 | $0.59 | |
| TRS STAFFING SOLUTIONS, INC. | 350700 | Abeinsa EPC, LLC | $9,993.75 | $9,993.75 | |
| UNISORB INSTALLATION TECHNOLOGIES | 349350 | Abeinsa Holding Inc. | $35,677.25 | $35,677.25 | |
| UNISORB INSTALLATION TECHNOLOGIES | 348998 | Abener North America Construction, LP | $35,677.25 | $35,677.25 | |
| UNISORB INSTALLATION TECHNOLOGIES | 350022 | Abener Teyma Mojave General Partnership | $35,677.25 | $35,677.25 | |
| UNITED RENTALS - RSC EQUIPMENT | 348170 | Abener Construction Services, LLC | $179,993.93 | $179,993.93 | |
| UNITED RENTALS - RSC EQUIPMENT | 348637 | Teyma Construction USA, LLC | $179,993.93 | $179,993.93 | |
| UNITED RENTALS - RSC EQUIPMENT | 348385 | Teyma USA & Abener Engineering and Construction Services General Partnership | $179,993.93 | $179,993.93 | |
| UNITED RENTALS - RSC EQUIPMENT | 348170* | Abener Construction Services, LLC | $179,993.93 | $179,993.93 | |
| UNITED RENTALS, INC. | 350704* | Abeinsa EPC, LLC | $923,087.66 | $923,087.66 | |
| UNITED RENTALS, INC. | 350792* | Abener Teyma Hugoton General Partnership | $2,589.40 | $2,589.40 | |
| UNIVERSAL BUILDING MAINTENANCE LLC | 350706 | Abeinsa EPC, LLC | $2,330.80 | $2,330.80 | |
| UNIVERSITY OF WASHINGTON | 350707 | Abeinsa EPC, LLC | $700.00 | $700.00 | |
| VALENTE ENT DBA VAL TECH MANUFACTUR | 348175 | Abener Construction Services, LLC | $5,277.58 | $5,277.58 | |
| VALENTE ENT DBA VAL TECH MANUFACTUR | 348642 | Teyma Construction USA, LLC | $5,277.58 | $5,277.58 | |
| VALENTE ENT DBA VAL TECH MANUFACTUR | 348387 | Teyma USA & Abener Engineering and Construction Services General Partnership | $5,277.58 | $5,277.58 | |
| VALMONT INDUSTRIES, INC. | 349854 | Abeinsa Abener Teyma General Partnership | $141,309.41 | $141,309.41 | |
| VALMONT INDUSTRIES, INC. | 350708 | Abeinsa EPC, LLC | $141,309.41 | $141,309.41 | |
| VALMONT INDUSTRIES, INC. | 348176 | Abener Construction Services, LLC | $141,309.41 | $141,309.41 | |
| VALMONT INDUSTRIES, INC. | 348643 | Teyma Construction USA, LLC | $141,309.41 | $141,309.41 | |
| VILFER ELECTRIC, S.L. | 349002 | Abener North America Construction, LP | $34.48 | $34.48 | |
| VOGELBUSCH USA, INC. | 348181 | Abener Construction Services, LLC | $581.00 | $581.00 | |
| VOGELBUSCH USA, INC. | 350796 | Abener Teyma Hugoton General Partnership | $581.00 | $581.00 | |
| VOGELBUSCH USA, INC. | 348648 | Teyma Construction USA, LLC | $581.00 | $581.00 | |
| W. LAY INC | 349925 | Abeinsa Abener Teyma General Partnership | $4,148.26 | $4,148.26 | |
| W. LAY INC | 350710 | Abeinsa EPC, LLC | $4,148.26 | $4,148.26 | |
| W. LAY INC | 348182 | Abener Construction Services, LLC | $4,148.26 | $4,148.26 | |
| W. LAY INC | 349685 | Teyma Construction USA, LLC | $4,148.26 | $4,148.26 | |
| WALTEK 11, INCORPORATED | 349928 | Abeinsa Abener Teyma General Partnership | $43,245.00 | $43,245.00 | |
| WALTEK 11, INCORPORATED | 350714 | Abeinsa EPC, LLC | $43,245.00 | $43,245.00 | |
| WALTEK 11, INCORPORATED | 348185 | Abener Construction Services, LLC | $43,245.00 | $43,245.00 | |
| WALTEK 11, INCORPORATED | 348829 | Teyma Construction USA, LLC | $43,245.00 | $43,245.00 | |
| WEINBERGER WASTE DISPOSAL | 348186 | Abener Construction Services, LLC | $12,045.54 | $12,045.54 | |
| WEINBERGER WASTE DISPOSAL | 348830 | Teyma Construction USA, LLC | $12,045.54 | $12,045.54 | |
| WEINBERGER WASTE DISPOSAL | 348389 | Teyma USA & Abener Engineering and Construction Services General Partnership | $12,045.54 | $12,045.54 | |
| WEST SALEM MACHINERY COMPANY, INC. | 348187 | Abener Construction Services, LLC | $24,295.54 | $24,295.54 | |
| WEST SALEM MACHINERY COMPANY, INC. | 350797 | Abener Teyma Hugoton General Partnership | $24,295.54 | $24,295.54 | |
| WEST SALEM MACHINERY COMPANY, INC. | 348831 | Teyma Construction USA, LLC | $24,295.54 | $24,295.54 | |
| WHITE CAP | 349357 | Abeinsa Holding Inc. | $124,985.84 | $124,985.84 | |
| WHITE CAP | 349005 | Abener North America Construction, LP | $124,985.84 | $124,985.84 | |

Scheduled Claims Reconciliation

| Creditor Name | Schedule No. | Debtor | Total Claim Amount | Total Unsecured Amount | Total Priority Amount |
|---|---|---|---|---|---|
| WHITE CAP | 350362 | Abener Teyma Mojave General Partnership | $124,985.84 | $124,985.84 | |
| WICHITA TRAILER, INC. | 349014 | Abener Construction Services, LLC | $875.00 | $875.00 | |
| WICHITA TRAILER, INC. | 350904 | Abener Teyma Hugoton General Partnership | $875.00 | $875.00 | |
| WICHITA TRAILER, INC. | 348835 | Teyma Construction USA, LLC | $875.00 | $875.00 | |
| WIGEN WATER TECHNOLOGIES | 349015 | Abener Construction Services, LLC | $9,790.00 | $9,790.00 | |
| WIGEN WATER TECHNOLOGIES | 350905 | Abener Teyma Hugoton General Partnership | $9,790.00 | $9,790.00 | |
| WIGEN WATER TECHNOLOGIES | 348836 | Teyma Construction USA, LLC | $9,790.00 | $9,790.00 | |
| | | Total: | $46,005,391.43 | $45,971,927.96 | $33,463.47 |