EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| 401K ADVISORS ARIZONA LLC | 349932 | Abeinsa EPC, LLC | | $10,893.75 | | $10,893.75 | Allowed |
| ABB INC. | 348217 | Abener Teyma Mojave General Partnership | | $68,147.88 | | $68,147.88 | Allowed |
| ACFTB DOCUMENT DESTRUCTION | 349954 | Abeinsa EPC, LLC | | $49.50 | | $49.50 | Allowed |
| ACTIVIDADES DE MUDANZAS Y GESTIONES | 350029 | Abeinsa EPC, LLC | | $6,648.63 | | $6,648.63 | Allowed |
| ADTRAV | 350031 | Abeinsa EPC, LLC | | $6,149.05 | | $6,149.05 | Allowed |
| ADVANCE SERVICES, INC. | 348957 | Abengoa Bioenergy New Technologies, LLC | | $16,502.07 | | $16,502.07 | Allowed |
| ADVANCED AMERICAN CONSTRUCTION | 349631 | Abeinsa Abener Teyma General Partnership | | $0.72 | | $0.72 | Allowed |
| ADVANTAGE ENGINEERING, INC. | 349632 | Abeinsa Abener Teyma General Partnership | | $32,810.89 | | $32,810.89 | Allowed |
| AIR LIQUIDE | 349121 | Abener Teyma Mojave General Partnership | | $517.50 | | $517.50 | Allowed |
| AIRGAS MID-SOUTH, INC. | 349440 | Abener Teyma Hugoton General Partnership | | $1,840.85 | | $1,840.85 | Allowed |
| AIRGAS, INC. | 349635 | Abeinsa Abener Teyma General Partnership | | $1,131.93 | | $1,131.93 | Allowed |
| AMERICAN EXPRESS TRAVEL RELATED | 348959 | Abengoa Bioenergy New Technologies, LLC | | $1,399.71 | | $1,399.71 | Allowed |
| AMERICAN WIRE GROUP | 350744 | Abeinsa Holding Inc. | | $23,604.75 | | $23,604.75 | Allowed |
| ANIXTER | 349442 | Abener Teyma Hugoton General Partnership | | $8,951.34 | | $8,951.34 | Allowed |
| ANIXTER, INC | 349640 | Abeinsa Abener Teyma General Partnership | | $498,465.05 | | $498,465.05 | Allowed |
| AON RISK INSURANCE SERVICES WEST | 349128 | Abener Teyma Mojave General Partnership | | $1,266,196.50 | | $1,266,196.50 | Allowed |
| AON RISK INSURANCE SERVICES WEST | 349443 | Abener Teyma Hugoton General Partnership | | $67,808.99 | | $67,808.99 | Allowed |
| AON RISK INSURANCE SERVICES WEST | 349641 | Abeinsa Abener Teyma General Partnership | | $754,160.75 | | $754,160.75 | Allowed |
| AON RISK INSURANCE SERVICES WEST | 350499 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $89,473.93 | | $89,473.93 | Allowed |
| AON RISK INSURANCE SERVICES WEST | 350745 | Abeinsa Holding Inc. | | $115,961.11 | | $115,961.11 | Allowed |
| ARIZONA INDUSTRIAL MEDICINE | 350082 | Abeinsa EPC, LLC | | $171.00 | | $171.00 | Allowed |
| ARMSTRONG TEASDALE LLP | 348961 | Abengoa Bioenergy New Technologies, LLC | | $73,430.62 | | $73,430.62 | Allowed |
| ARONSON SECURITY GROUP, INC. | 349644 | Abeinsa Abener Teyma General Partnership | | $154,703.10 | | $154,703.10 | Allowed |
| ASESORIA TECNICO COMERCIAL EN | 350084 | Abeinsa EPC, LLC | | $22,254.80 | | $22,254.80 | Allowed |
| ASSURANT EMPLOYEE BENEFITS | 348963 | Abengoa Bioenergy New Technologies, LLC | | $1,520.26 | | $1,520.26 | Allowed |
| AUBURN UNIVERSITY'S CONTRACTS AND | 348964 | Abengoa Bioenergy New Technologies, LLC | | $45,000.00 | | $45,000.00 | Allowed |
| BARCLAYS BANK PLC UK | 349065 | Abener North America Construction, LP | | $44,968.27 | | $44,968.27 | Allowed |
| BAY INSULATION OF ARIZONA INC | 350501 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $143,432.23 | | $143,432.23 | Allowed |
| BEHNKE, ERDMAN AND WHITAKER | 350768 | Abeinsa Holding Inc. | | $563.41 | | $563.41 | Allowed |
| BELCAN SERVICES GROUP | 348966 | Abengoa Bioenergy New Technologies, LLC | | $1,260.00 | | $1,260.00 | Allowed |
| BELL STEEL COMPANY | 349149 | Abener Teyma Mojave General Partnership | | $76,815.94 | | $76,815.94 | Allowed |
| BERMINGHAM CONTROLS, INC | 349151 | Abener Teyma Mojave General Partnership | | $3,366.25 | | $3,366.25 | Allowed |
| BORDER CONSTRUCTION SPECIALTIES, LL | 350503 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $16,049.70 | | $16,049.70 | Allowed |
| BRAND SCAFFOLDING SERVICES, INC. | 349084* | Abener Teyma Mojave General Partnership | | $118,234.86 | | $118,234.86 | Allowed |
| BRI/GOULDS PUMPS | 349470 | Abener Teyma Hugoton General Partnership | | $22,099.35 | | $22,099.35 | Allowed |
| BRITHINEE ELECTRIC | 349086 | Abener Teyma Mojave General Partnership | | $10,320.00 | | $10,320.00 | Allowed |
| BUREAU VERITAS NORTH AMERICA INC | 349087 | Abener Teyma Mojave General Partnership | | $3,548.49 | | $3,548.49 | Allowed |
| BURRTEC WASTE INDUSTRIES, INC | 349088 | Abener Teyma Mojave General Partnership | | $16,393.52 | | $16,393.52 | Allowed |

In re Abinsa Holding Inc, et al
Case 16-10790 (KJC)

Page 1 of 7

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| BYME SOFTWARE | 350097 | Abeinsa EPC, LLC | | $4,472.00 | | $4,472.00 | Allowed |
| C.B.'S LLC | 349450 | Abeinsa Abener Teyma General Partnership | | $79,341.42 | | $79,341.42 | Allowed |
| CALDWELL TANKS | 349471 | Abener Teyma Hugoton General Partnership | | $165,168.09 | | $165,168.09 | Allowed |
| CARBIS, INC. | 349472 | Abener Teyma Hugoton General Partnership | | $15,130.01 | | $15,130.01 | Allowed |
| CAREERBUILDER, LLC | 350100 | Abeinsa EPC, LLC | | $10,800.00 | | $10,800.00 | Allowed |
| CHATTANOOGA BOILER & TANK CO. | 349453 | Abeinsa Abener Teyma General Partnership | | $172,358.68 | | $172,358.68 | Allowed |
| CHAYCE CONCRETE LLC | 349091 | Abener Teyma Mojave General Partnership | | $219,117.32 | | $219,117.32 | Allowed |
| CIRCULO SALVO COMUNICACION | 350142 | Abeinsa EPC, LLC | | $2,101.25 | | $2,101.25 | Allowed |
| CITY OF PHOENIX | 350143 | Abeinsa EPC, LLC | | $303.50 | | $303.50 | Allowed |
| CLAYTON INDUSTRIES, INC | 348968 | Abengoa Bioenergy New Technologies, LLC | | $1,839.00 | | $1,839.00 | Allowed |
| CLEVER TECNOLOGÍA, S.L. | 349456 | Abeinsa Abener Teyma General Partnership | | $2,275.00 | | $2,275.00 | Allowed |
| COMMONWEALTH ELECTRIC COMPANY OF | 348969 | Abengoa Bioenergy New Technologies, LLC | | $41,447.11 | | $41,447.11 | Allowed |
| CONDORCHEM ENVITECH LLC | 349093 | Abener Teyma Mojave General Partnership | | $8,486.40 | | $8,486.40 | Allowed |
| CONNEY SAFETY PRODUCTS, LLC. | 348970 | Abengoa Bioenergy New Technologies, LLC | | $2,798.96 | | $2,798.96 | Allowed |
| CONTROL COMPONENTS INC | 349094 | Abener Teyma Mojave General Partnership | | $30,677.74 | | $30,677.74 | Allowed |
| COX, CASTLE & NICHOLSON LLCP | 350164 | Abeinsa EPC, LLC | | $23,505.58 | | $23,505.58 | Allowed |
| CROWN RELOCATIONS | 350165 | Abeinsa EPC, LLC | | $13,549.83 | | $13,549.83 | Allowed |
| CRYSTAL CLEAR ICE | 349660 | Abeinsa Abener Teyma General Partnership | | $22,321.30 | | $22,321.30 | Allowed |
| DELOITTE & TOUCHE, LLP | 350652 | Abener Construction Services, LLC | | $38,769.00 | | $38,769.00 | Allowed |
| DENBESTE WATER SOLUTIONS, LLC | 349098 | Abener Teyma Mojave General Partnership | | $30,973.00 | | $30,973.00 | Allowed |
| DEPT OF COMMERCE & CONSUMER AFFAIRS | 350169 | Abeinsa EPC, LLC | | $100.00 | | $100.00 | Allowed |
| DESERT SPRINGS BOTTLED WATER CO. | 349661 | Abeinsa Abener Teyma General Partnership | | $84,993.95 | | $84,993.95 | Allowed |
| DESIGN SPACE MODULAR BUILDINGS, INC | 348349 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $118.24 | | $118.24 | Allowed |
| DESIGN SPACE MODULAR BUILDINGS, INC | 349304 | Abeinsa Abener Teyma General Partnership | | $163,430.23 | | $163,430.23 | Allowed |
| DETROIT STOKER | 349476 | Abener Teyma Hugoton General Partnership | | $9,637.38 | | $9,637.38 | Allowed |
| DEVIN OIL CO. INC | 349306 | Abeinsa Abener Teyma General Partnership | | $158,384.27 | | $158,384.27 | Allowed |
| DIRCKS MOVING & LOGISTICS | 350176 | Abeinsa EPC, LLC | | $10,559.50 | | $10,559.50 | Allowed |
| DIXIE-SOUTHERN | 349309 | Abeinsa Abener Teyma General Partnership | | $27,742.65 | | $27,742.65 | Allowed |
| DXP ENTERPRISES, INC DBA PRECISION | 349418 | Abengoa Bioenergy New Technologies, LLC | | $6,533.44 | | $6,533.44 | Allowed |
| DYADIC INTERNATIONAL, INC. | 349419 | Abengoa Bioenergy New Technologies, LLC | | $566.23 | | $566.23 | Allowed |
| DYNAMIC VENDING, INC. | 350178 | Abeinsa EPC, LLC | | $4,261.54 | | $4,261.54 | Allowed |
| ECONOMY POWER & INSTRUMENT | 349916 | Abener Teyma Hugoton General Partnership | | $56.00 | | $56.00 | Allowed |
| EMERSON PROCESS MANAGEMENT | 349311 | Abeinsa Abener Teyma General Partnership | | $65,045.40 | | $65,045.40 | Allowed |
| EMPLOYEE_0002961 | 350181 | Abeinsa EPC, LLC | | $3,047.00 | | $3,047.00 | Allowed |
| EQUIFAX | 350182 | Abeinsa EPC, LLC | | $1,661.22 | | $1,661.22 | Allowed |
| ETC COMPLIANCE SOLUTIONS, INC | 350183 | Abeinsa EPC, LLC | | $565.00 | | $565.00 | Allowed |
| EUGENE DANA MERWIN - SPECKS | 349314 | Abeinsa Abener Teyma General Partnership | | $281.00 | | $281.00 | Allowed |
| EW CORPORATION | 349045 | Abener Teyma Mojave General Partnership | | $11,679.13 | | $11,679.13 | Allowed |

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| EXA ARCHITECTS | 348432 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $11,840.00 | | $11,840.00 | Allowed |
| FACILITY GATEWAY CORPORATION | 349922 | Abener Teyma Hugoton General Partnership | | $170.34 | | $170.34 | Allowed |
| FASTENERS INC. | 349316 | Abeinsa Abener Teyma General Partnership | | $63,005.08 | | $63,005.08 | Allowed |
| FEDEX | 349923 | Abener Teyma Hugoton General Partnership | | $2,086.71 | | $2,086.71 | Allowed |
| FEDEX | 350189 | Abeinsa EPC, LLC | | $608.17 | | $608.17 | Allowed |
| FEDEX - PASADENA, CA | 348433 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $1,305.28 | | $1,305.28 | Allowed |
| FEED FORWARD, INC. | 349422 | Abengoa Bioenergy New Technologies, LLC | | $8,959.20 | | $8,959.20 | Allowed |
| FELICETTI, SEBASTIAN N | 445283 | Abeinsa EPC, LLC | | $1,202.00 | | $1,202.00 | Allowed |
| FENCE CORP | 349992 | Abener Teyma Mojave General Partnership | | $59,248.00 | | $59,248.00 | Allowed |
| FENNEMORE CRAIG, PC | 350225 | Abeinsa EPC, LLC | | $700.59 | | $700.59 | Allowed |
| FLEETCOR TECHNOLOGIES, INC. | 348436 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $828.82 | | $828.82 | Allowed |
| FLEETCOR TECHNOLOGIES, INC. | 350124 | Abener Teyma Hugoton General Partnership | | $3,082.98 | | $3,082.98 | Allowed |
| FLORA ESTRADA | 350228 | Abeinsa EPC, LLC | | $2,440.00 | | $2,440.00 | Allowed |
| FLORIDA BOARD OF PROFESSIONAL ENGIN | 350229 | Abeinsa EPC, LLC | | $230.00 | | $230.00 | Allowed |
| FOSTERQUAN LLP | 350232 | Abeinsa EPC, LLC | | $3,770.00 | | $3,770.00 | Allowed |
| GAI - TRONICS CORPORATION | 349320 | Abeinsa Abener Teyma General Partnership | | $96,316.74 | | $96,316.74 | Allowed |
| GE MOBILE WATER INC | 348440 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $180,938.00 | | $180,938.00 | Allowed |
| GENERAL FIRE & SAFETY EQUIP. | 349423 | Abengoa Bioenergy New Technologies, LLC | | $1,923.70 | | $1,923.70 | Allowed |
| GENERAL SUPPLY & SERVICES, INC. | 349667 | Abeinsa Abener Teyma General Partnership | | $456,520.39 | | $456,520.39 | Allowed |
| GILA BOTTLES | 348441 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $192.06 | | $192.06 | Allowed |
| GRUPO NAVEC SERVICIOS INDUSTRIALES | 350003 | Abener Teyma Mojave General Partnership | | $79,701.48 | | $79,701.48 | Allowed |
| H2O ENVIRONMENTAL | 350006 | Abener Teyma Mojave General Partnership | | $22,440.00 | | $22,440.00 | Allowed |
| H2O ENVIRONMENTAL SERVICES | 348443 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $134.25 | | $134.25 | Allowed |
| HERITAGE-CRYSTAL CLEAN, LLC | 349425 | Abengoa Bioenergy New Technologies, LLC | | $3,272.81 | | $3,272.81 | Allowed |
| HERMISTON PLAN CENTER | 350247 | Abeinsa EPC, LLC | | $1,125.45 | | $1,125.45 | Allowed |
| HERTZ | 349656 | Abeinsa EPC, LLC | | $157,665.71 | | $157,665.71 | Allowed |
| HILTI, INC. | 349687 | Abeinsa Abener Teyma General Partnership | | $113,640.95 | | $113,640.95 | Allowed |
| IBT INC | 350127 | Abener Teyma Hugoton General Partnership | | $20,129.24 | | $20,129.24 | Allowed |
| ICON SOLUTIONS | 350128 | Abener Teyma Hugoton General Partnership | | $18,354.29 | | $18,354.29 | Allowed |
| IDEMITSU LUBRICANTS AMERICA CORPOR. | 349688 | Abeinsa Abener Teyma General Partnership | | $147,523.96 | | $147,523.96 | Allowed |
| ILLINOIS ELECTRIC WORKS | 350130 | Abener Teyma Hugoton General Partnership | | $1,653.00 | | $1,653.00 | Allowed |
| INDIANA SECRETARY OF STATE | 350290 | Abeinsa EPC, LLC | | $210.00 | | $210.00 | Allowed |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 350131 | Abener Teyma Hugoton General Partnership | | $17,542.36 | | $17,542.36 | Allowed |
| INSTRUMENTACIÓN Y CALIBRACIÓN INDUS | 350216 | Abener Teyma Mojave General Partnership | | $509,828.42 | | $509,828.42 | Allowed |
| INTERSTATE INDUST INSTRUMENTATION | 349426 | Abengoa Bioenergy New Technologies, LLC | | $3,293.00 | | $3,293.00 | Allowed |
| ISCO INDUSTRIES, INC. | 349690 | Abeinsa Abener Teyma General Partnership | | $4,445.90 | | $4,445.90 | Allowed |
| ISO ACCELERATE GROUP, INC. | 350295 | Abeinsa EPC, LLC | | $525.00 | | $525.00 | Allowed |
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 349693 | Abeinsa Abener Teyma General Partnership | | $19,312.50 | | $19,312.50 | Allowed |

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| JBR1 INDUSTRIAL SERVICES, L.L.C. | 350221 | Abener Teyma Mojave General Partnership | | $26,239.01 | | $26,239.01 | Allowed |
| JOHNSON MARCH INC. | 350301 | Abeinsa EPC, LLC | | $95,532.85 | | $95,532.85 | Allowed |
| JOSE RUIZ GRANADOS | 349695 | Abeinsa Abener Teyma General Partnership | | $4,606.34 | | $4,606.34 | Allowed |
| JUNTAS Y COMPENSADORES, S.L. | 350224 | Abener Teyma Mojave General Partnership | | $237,477.57 | | $237,477.57 | Allowed |
| KBL INC DBA ABADAN | 349696 | Abeinsa Abener Teyma General Partnership | | $553.36 | | $553.36 | Allowed |
| KENOCRANE INC | 350134 | Abener Teyma Hugoton General Partnership | | $2,230.00 | | $2,230.00 | Allowed |
| KILLING MOON ENTERPRISES INC | 350304 | Abeinsa EPC, LLC | | $1,833.66 | | $1,833.66 | Allowed |
| KNIGHTHAWK ENGINEERING, INC | 348395 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $290.00 | | $290.00 | Allowed |
| KONICA MINOLTA BUISNESS SOLUTIONS U | 350306 | Abeinsa EPC, LLC | | $425.77 | | $425.77 | Allowed |
| KRIZ DAVIS CO. | 350135 | Abener Teyma Hugoton General Partnership | | $24,285.81 | | $24,285.81 | Allowed |
| LARRAIN, RENCORET, URZUA Y CIA | 350397 | Abeinsa EPC, LLC | | $97.38 | | $97.38 | Allowed |
| LCPTRACKER, INC. | 350400 | Abeinsa EPC, LLC | | $96,396.63 | | $96,396.63 | Allowed |
| LEEWARD USA, INC. | 349703 | Abeinsa Abener Teyma General Partnership | | $4,926.08 | | $4,926.08 | Allowed |
| LEXISNEXIS | 350406 | Abeinsa EPC, LLC | | $888.80 | | $888.80 | Allowed |
| LITHOTECH INC | 350422 | Abeinsa EPC, LLC | | $832.02 | | $832.02 | Allowed |
| LOPEZ, CLARA | 445284 | Abeinsa EPC, LLC | | $3,047.00 | | $3,047.00 | Allowed |
| LYNCOLE GROUNDING SOLUTIONS, LLC. | 350423 | Abeinsa EPC, LLC | | $995.00 | | $995.00 | Allowed |
| M&M PORTABLE TOILETS | 348401 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $54.91 | | $54.91 | Allowed |
| MADDEN OIL | 350138 | Abener Teyma Hugoton General Partnership | | $5,592.00 | | $5,592.00 | Allowed |
| MANSPERGER PATTERSON & MCMULLIN | 350424 | Abeinsa EPC, LLC | | $5,125.00 | | $5,125.00 | Allowed |
| MATCOR, INC. | 349765 | Abeinsa Abener Teyma General Partnership | | $3,537.60 | | $3,537.60 | Allowed |
| MB PROFESSIONAL SERVICE, INC. | 348232 | Abener Teyma Mojave General Partnership | | $30,315.70 | | $30,315.70 | Allowed |
| MENAFRA, GONZALO | 349512 | Abeinsa EPC, LLC | | $12,475.00 | $12,475.00 | | Allowed |
| MENAFRA, GONZALO | 445285 | Abeinsa EPC, LLC | | $167.00 | | $167.00 | Allowed |
| MID STATES SUPPLY | 349958 | Abener Teyma Hugoton General Partnership | | $2,718.92 | | $2,718.92 | Allowed |
| MIGUEZ REIN ING CONSULT S.L. | 349959 | Abener Teyma Hugoton General Partnership | | $8,000.00 | | $8,000.00 | Allowed |
| MILCO CONSTRUCTORS | 348234 | Abener Teyma Mojave General Partnership | | $9.00 | | $9.00 | Allowed |
| MILCO CONSTRUCTORS | 349253 | Abeinsa Holding Inc. | | $42,105.98 | | $42,105.98 | Allowed |
| MISTRAS GROUP, INC. | 349769 | Abeinsa Abener Teyma General Partnership | | $31,128.82 | | $31,128.82 | Allowed |
| MOTT CORPORATION | 349961 | Abener Teyma Hugoton General Partnership | | $1,050.00 | | $1,050.00 | Allowed |
| NALCO DATA MOBILITY SYSTEMS | 349771 | Abeinsa Abener Teyma General Partnership | | $15,698.30 | | $15,698.30 | Allowed |
| NCSG CRANE & HEAVY HAUL SERVICES | 349774 | Abeinsa Abener Teyma General Partnership | | $4,658.96 | | $4,658.96 | Allowed |
| NESCO SERVICE COMPANY | 350536 | Abeinsa EPC, LLC | | $8,378.76 | | $8,378.76 | Allowed |
| NEVADA BOARD OF PE & LS | 350537 | Abeinsa EPC, LLC | | $105.00 | | $105.00 | Allowed |
| NEWJAC, INC. | 348518 | Teyma Construction USA, LLC | | $1,047,998.59 | | $1,047,998.59 | Allowed |
| NFPA | 350539 | Abeinsa EPC, LLC | | $324.00 | | $324.00 | Allowed |
| NW LININGS & GEOTEXTILE PRODUCTS | 349780 | Abeinsa Abener Teyma General Partnership | | $20,225.00 | | $20,225.00 | Allowed |
| OFFICE FURNITURE SOLUTIONS | 348364 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $58.41 | | $58.41 | Allowed |

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| OGLETREE DEAKINS NASH | 350547 | Abeinsa EPC, LLC | | $12,880.90 | | $12,880.90 | Allowed |
| OGLETREE DEAKINS NASH | 350548 | Abeinsa EPC, LLC | | $6,394.05 | | $6,394.05 | Allowed |
| ORBIT INDUSTRIES LLC | 348765 | Abener Teyma Mojave General Partnership | | $816.00 | | $816.00 | Allowed |
| OXARC, INC. | 349783 | Abeinsa Abener Teyma General Partnership | | $101,618.16 | | $101,618.16 | Allowed |
| PACIFIC OFFICE AUTOMATION INC. | 350571 | Abeinsa EPC, LLC | | $5,864.11 | | $5,864.11 | Allowed |
| PACIFIC POWER | 349787 | Abeinsa Abener Teyma General Partnership | | $7,547.43 | | $7,547.43 | Allowed |
| PARKER SMITH AND FEEK, INC. | 350573 | Abeinsa EPC, LLC | | $24,628.00 | | $24,628.00 | Allowed |
| PATRIOT MODULAR | 349788 | Abeinsa Abener Teyma General Partnership | | $342,282.97 | | $342,282.97 | Allowed |
| PAYNECREST ELECTRIC AND COMMUNICATI | 348770 | Abener Teyma Mojave General Partnership | | $6,639.41 | | $6,639.41 | Allowed |
| PEARSON WATER TENDERS | 348772 | Abener Teyma Mojave General Partnership | | $81,635.00 | | $81,635.00 | Allowed |
| PEDROZO, MARCELA FERNANDEZ | 349513 | Abeinsa EPC, LLC | | $42,873.45 | $12,475.00 | $30,398.45 | Allowed |
| PENDLETON ELECTRIC, CO. | 349789 | Abeinsa Abener Teyma General Partnership | | $2,906.49 | | $2,906.49 | Allowed |
| PERI FORMWORK SYSTEMS INC. | 349791 | Abeinsa Abener Teyma General Partnership | | $18,089.31 | | $18,089.31 | Allowed |
| PETTY CASH | 348810 | Abener Teyma Mojave General Partnership | | $17,774.94 | | $17,774.94 | Allowed |
| PHOENIX NATIONAL LABORATORIES INC. | 348811 | Abener Teyma Mojave General Partnership | | $5,016.56 | | $5,016.56 | Allowed |
| PHOENIX PUMPS, INC. | 348812 | Abener Teyma Mojave General Partnership | | $371.44 | | $371.44 | Allowed |
| PIONEER ELECTRIC COOPERATIVE, INC | 349969 | Abener Teyma Hugoton General Partnership | | $14.40 | | $14.40 | Allowed |
| PMI GLOBAL OPERATIONS CENTRE | 350584 | Abeinsa EPC, LLC | | $544.00 | | $544.00 | Allowed |
| POPULAR | 348370 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $2,057,563.24 | | $2,057,563.24 | Allowed |
| POWER LINE SOLUTIONS | 349797 | Abeinsa Abener Teyma General Partnership | | $2,808.76 | | $2,808.76 | Allowed |
| PRICEWATERHOUSECOOPERS LLP | 349673 | Abeinsa Holding Inc. | | $232,472.00 | | $232,472.00 | Allowed |
| PROCESS EQUIPMENT & CONTROLS, INC | 349970 | Abener Teyma Hugoton General Partnership | | $65,575.88 | | $65,575.88 | Allowed |
| QUINN RENTAL SERVICES | 348818 | Abener Teyma Mojave General Partnership | | $15,057.09 | | $15,057.09 | Allowed |
| RAIN FOR RENT | 348189 | Abener North America Construction, LP | | $818.58 | | $818.58 | Allowed |
| RED-D-ARC INC. | 349800 | Abeinsa Abener Teyma General Partnership | | $4,458.91 | | $4,458.91 | Allowed |
| REFINER PRODUCTS MANUFACTURING | 349971 | Abener Teyma Hugoton General Partnership | | $15,662.75 | | $15,662.75 | Allowed |
| RESOURCE WEST INC. | 348372 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $625,178.83 | | $625,178.83 | Allowed |
| REVERE & WALLACE | 350589 | Abeinsa EPC, LLC | | $2,565.36 | | $2,565.36 | Allowed |
| RS MANAGEMENT SERVICES CO. | 349803 | Abeinsa Abener Teyma General Partnership | | $79,414.58 | | $79,414.58 | Allowed |
| SAN BERNARDINO COUNTY | 348786 | Abener Teyma Mojave General Partnership | | $409,474.79 | | $409,474.79 | Allowed |
| SC FUELS | 348787 | Abener Teyma Mojave General Partnership | | $49,639.51 | | $49,639.51 | Allowed |
| SCHNEIDER ELECTRIC | 348788 | Abener Teyma Mojave General Partnership | | $233,786.69 | | $233,786.69 | Allowed |
| SEAL LABS. (EAG, INC) | 348375 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $9,800.00 | | $9,800.00 | Allowed |
| SEFCOR, INC. | 349829 | Abeinsa Abener Teyma General Partnership | | $13,384.00 | | $13,384.00 | Allowed |
| SELECT STAFFING | 348789 | Abener Teyma Mojave General Partnership | | $56,807.34 | | $56,807.34 | Allowed |
| SENIOR FLEXONICS GMBH | 348790 | Abener Teyma Mojave General Partnership | | $29,274.90 | | $29,274.90 | Allowed |
| SERVICEMASTER SERVICES | 349058 | Abener North America Construction, LP | | $788.87 | | $788.87 | Allowed |
| SERVICEMASTER SERVICES | 349645 | Abeinsa Holding Inc. | | $788.87 | | $788.87 | Allowed |

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| SGS TECNOS, S.A.U. | 348792 | Abener Teyma Mojave General Partnership | | $9,121.84 | | $9,121.84 | Allowed |
| SIT GRUPO EMPRESARIAL SL | 350516 | Abeinsa EPC, LLC | | $10,732.28 | | $10,732.28 | Allowed |
| SMITH PRECAST INC DBA | 348377 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $15,827.34 | | $15,827.34 | Allowed |
| SNOW, KATHY | 445286 | Abeinsa EPC, LLC | | $156.00 | | $156.00 | Allowed |
| SOUTHERN CALIFORNIA SOIL & TESTING | 348798 | Abener Teyma Mojave General Partnership | | $265,231.88 | | $265,231.88 | Allowed |
| STANDARD PARKING CORPORATION | 350523 | Abeinsa EPC, LLC | | $7,499.03 | | $7,499.03 | Allowed |
| STANDARD XCHANGE | 349839 | Abeinsa Abener Teyma General Partnership | | $54,912.00 | | $54,912.00 | Allowed |
| STAPLES, INC. | 349664 | Abeinsa EPC, LLC | | $941.42 | | $941.42 | Allowed |
| STATE OF RI DEPT OF STATE CORP | 350639 | Abeinsa EPC, LLC | | $300.00 | | $300.00 | Allowed |
| STEINY & COMPANY, INC | 348802 | Abener Teyma Mojave General Partnership | | $33,546.51 | | $33,546.51 | Allowed |
| STRAIGHT LINE CONSTRUCTION CO | 348803 | Abener Teyma Mojave General Partnership | | $40,861.26 | | $40,861.26 | Allowed |
| SUMMIT FIRE PROTECTION | 348381 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $654.45 | | $654.45 | Allowed |
| SUN RENTAL CENTER | 348592 | Teyma Construction USA, LLC | | $883,732.48 | | $883,732.48 | Allowed |
| TATRO PLUMBING CO, INC | 350786 | Abener Teyma Hugoton General Partnership | | $1,792.62 | | $1,792.62 | Allowed |
| TECNATOM, S.A. | 350013 | Abener Teyma Mojave General Partnership | | $6,464.68 | | $6,464.68 | Allowed |
| TELVENT ENERGIA SA | 350014 | Abener Teyma Mojave General Partnership | | $20,687.36 | | $20,687.36 | Allowed |
| TELVENT USA LLC | 350015 | Abener Teyma Mojave General Partnership | | $34,414.95 | | $34,414.95 | Allowed |
| THE TOWER APARTMENTS LLC | 350696 | Abeinsa EPC, LLC | | $615.00 | | $615.00 | Allowed |
| THERMAL ENGINEERING INTERNATIONAL, | 350017 | Abener Teyma Mojave General Partnership | | $74,347.51 | | $74,347.51 | Allowed |
| THERMOCHEM RECOVERY INTERNATIONAL | 350697 | Abeinsa EPC, LLC | | $369.01 | | $369.01 | Allowed |
| THOMAS REPROGRAPHICS DBA | 350698 | Abeinsa EPC, LLC | | $658.95 | | $658.95 | Allowed |
| TQS INSPECTIONS, INC. | 350018 | Abener Teyma Mojave General Partnership | | $0.59 | | $0.59 | Allowed |
| TRI STAR INDUSTRIAL COMPANY LLC | 348384 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $6,740.10 | | $6,740.10 | Allowed |
| TRI STAR INDUSTRIAL COMPANY LLC | 350019 | Abener Teyma Mojave General Partnership | | $2,974.29 | | $2,974.29 | Allowed |
| TRI STAR INDUSTRIAL COMPANY LLC | 350790 | Abener Teyma Hugoton General Partnership | | $1,677.52 | | $1,677.52 | Allowed |
| TRS STAFFING SOLUTIONS, INC. | 350700 | Abeinsa EPC, LLC | | $9,993.75 | | $9,993.75 | Allowed |
| UNISORB INSTALLATION TECHNOLOGIES | 350022 | Abener Teyma Mojave General Partnership | | $35,677.25 | | $35,677.25 | Allowed |
| UNITED PARCEL SERVICE | 348628 | Abengoa Bioenergy New Technologies, LLC | | $83.13 | | $83.13 | Allowed |
| UNIVERSAL BUILDING MAINTENANCE LLC | 350706 | Abeinsa EPC, LLC | | $2,330.80 | | $2,330.80 | Allowed |
| UNIVERSITY OF WASHINGTON | 350707 | Abeinsa EPC, LLC | | $700.00 | | $700.00 | Allowed |
| VALENTE ENT DBA VAL TECH MANUFACTUR | 348387 | Teyma USA & Abener Engineering and Construction Services General Partnership | | $5,277.58 | | $5,277.58 | Allowed |
| VALMONT INDUSTRIES, INC. | 349854 | Abeinsa Abener Teyma General Partnership | | $141,309.41 | | $141,309.41 | Allowed |
| VOGELBUSCH USA, INC. | 350796 | Abener Teyma Hugoton General Partnership | | $581.00 | | $581.00 | Allowed |
| W. LAY INC | 349925 | Abeinsa Abener Teyma General Partnership | | $4,148.26 | | $4,148.26 | Allowed |
| WALTEK 11, INCORPORATED | 349928 | Abeinsa Abener Teyma General Partnership | | $43,245.00 | | $43,245.00 | Allowed |
| WEINBERGER WASTE DISPOSAL | 348186 | Abener Construction Services, LLC | | $12,045.54 | | $12,045.54 | Allowed |
| WEST SALEM MACHINERY COMPANY, INC. | 350797 | Abener Teyma Hugoton General Partnership | | $24,295.54 | | $24,295.54 | Allowed |
| WHITE CAP | 350362 | Abener Teyma Mojave General Partnership | | $124,985.84 | | $124,985.84 | Allowed |

EXHIBIT I

SCHEDULED CLAIMS RECON

| Creditor Name | Claim No. | Debtor | Date Filed | General Unsecured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| WICHITA TRAILER, INC. | 350904 | Abener Teyma Hugoton General Partnership | | $875.00 | | $875.00 | Allowed |
| WIGEN WATER TECHNOLOGIES | 350905 | Abener Teyma Hugoton General Partnership | | $9,790.00 | | $9,790.00 | Allowed |
| | | | | $15,388,309.42 | $24,950.00 | $15,363,359.42 | |