**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**AMENDED POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  Abengoa Solar LLC

Bankruptcy Number:  16-10791 (LSS)

Date of Confirmation: March 31, 2017

Reporting Period (month/year):  April 1, 2020 to June 30, 2020

| | | |
|---|---|---|
| Beginning Cash Balance: | $2,164,591.03 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Receipts: | $0.00 | |
| Collection of Accounts Receivable: | $0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | $0.00 | |

| | |
|---|---|
| Total of cash available: | $2,164,591.03 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 | |
| All other disbursements made in the ordinary course: | $3,398.84 | |
| Total Disbursements | | $3,398.84 |

| | |
|---|---|
| Ending Cash Balance | $2,161,192.19 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_7/17/2020_
Date                                    Javier Ramirez, CEO of Abengoa North America, LLC

Debtor:  Abengoa Solar LLC

Case Number:  16-10791 (LSS)

**Abengoa Solar LLC**
**Balance Sheet**
**As of June 30, 2020**
(US Dollars in Thousands)

## ASSETS

| | |
|---|---:|
| Current assets: | |
| Cash and cash equivalents | 0 |
| Restricted cash | 2,161 |
| Trade accounts receivable - net | |
| Income taxes receivable - net | |
| Accounts receivable - affiliates | 282 |
| Notes Receivable - affiliates | 21,861 |
| Inventories | |
| Commodity and other derivative contractual assets | |
| Accumulated deferred income taxes | |
| Margin deposits related to commodity contracts | |
| Other current assets | |
| Total current assets | $ 24,303 |
| | |
| Central treasury loan - net | 62 |
| Notes receivable from affiliate | |
| Investment in subsidiaries | |
| Land | |
| Property, plant and equipment - net | |
| Goodwill | |
| Identifiable intangible assets - net | |
| Commodity and other derivative contractual assets | |
| Accumulated deferred income taxes | |
| Other noncurrent assets | |
| Total assets | $ 24,365 |

## LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY

| | |
|---|---:|
| Current liabilities: | |
| Borrowings under debtor-in-possession credit facilities | |
| Long-term debt due currently | 1,300 |
| Trade accounts payable | 14 |
| Accounts payable - affiliates | 53 |
| Advances from affiliates | |
| Commodity and other derivative contractual liabilities | |
| Margin deposits related to commodity positions | |
| Accrued income taxes | |
| Accrued taxes other than income | |
| Accumulated deferred income taxes | |
| Accrued interest | |
| Accrued expenses and other current liabilities | 1,000 |
| Total current liabilities | $ 2,367 |
| | |
| Accumulated deferred income taxes | |
| Commodity and other derivative contractual liabilities | |
| Central treasury loan - net | |
| Borrowings under debtor-in-possession credit facilities | |
| Long-term debt, less amounts due currently | |
| Liabilities subject to compromise | |
| Other noncurrent liabilities and deferred credits | 3,143 |
| Total liabilities | $ 5,510 |
| | |
| Membership interests / equity: | |
| Membership interests / shareholders' equity | 18,856 |
| Total liabilities and membership interests / equity | $ 24,365 |

Note:  All information contained herein is unaudited and subject to future adjustment.  Certain totals may not sum due to rounding.
The Debtors' financial statements included in this post-confirmation report partially reflect the accounting impacts of the global
restructuring and effective date of the Debtors' Modified First Amended Plans of Reorganization and Liquidation confirmed by
order of the Court of December 15, 2016.

Abengoa Solar LLC
Bank Accounts as of June 30, 2020
Case No. 16-10791 (LSS)

| Company | Bank Name | Bank Address | Account Description | Account Type (C/S/Inv) | Bank Account No | Balance as of 6/30/18 |
|---------|-----------|--------------|--------------------|-----------------------|-----------------|----------------------|
| Abengoa Solar LLC | Wilmington Trust | 1100 North Market Street, Wilmington, DE 19890 | Escrow | Escrow | *****5000 | 1,846,566.11 |
| Abengoa Solar LLC | U.S. Bank NA | 950 17th St., 8th Floor, Denver, CO 80202 | Operating | Checking | ********0948 | 345.08 |
| Abengoa Solar LLC | U.S. Bank NA | 950 17th St., 8th Floor, Denver, CO 80202 | Reorganization post-confirmation | Checking | ********3783 | 14.56 |
| Abengoa Solar LLC | U.S. Bank NA | 950 17th St., 8th Floor, Denver, CO 80202 | Surety reserve | Checking | ********3791 | 0.00 |
| Abengoa Solar LLC | U.S. Bank NA | 950 17th St., 8th Floor, Denver, CO 80202 | Estate claims | Checking | ********3809 | 314,266.44 |
| Total | | | | | | 2,161,192.19 |