## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ABEINSA HOLDING INC., *et al.*, | Jointly Administered |
| Reorganized and Liquidating Debtors.[1] | Case No. 16-10790 (LSS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### *TELEPHONIC* HEARING ON JULY 22, 2020 AT 11:00 A.M. (ET)

### MATTERS WITH CERTIFICATION OF COUNSEL [CNO/COC]:

1.  EPC Liquidating Trustee's Eighth Omnibus (Non-Substantive) Objection to Superseded Claims [D.I. 2240, Filed 6/22/20].

    **Response Deadline**: July 15, 2012 at 4:00 p.m. (ET).

    **Related Pleadings**:

    A.  Certificate of No Objection Regarding the EPC Liquidating Trustee's Eighth Omnibus (Non-Substantive) Objection to Superseded Claims [D.I. 2253, Filed 7/17/20].

    **Responses Received**: None.

    **Status**: A certificate of no objection has been filed for this matter, therefore, no hearing is necessary unless the Court has any comments or questions.

2.  EPC Liquidating Trustee's Ninth Omnibus (Non-Substantive) Objection to Claims [D.I. 2241, Filed 6/22/20].

    **Response Deadline**: July 15, 2012 at 4:00 p.m. (ET).

    **Related Pleadings**:

    A.  Declaration of Timothy Daileader in Support of EPC Liquidating Trustee's Ninth Omnibus (Non-Substantive) Objection to Claims [D.I. 2246, Filed 6/22/20].

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Abeinsa Holding Inc. (9489); and Abengoa Solar, LLC (6696). The Liquidating Debtors in these chapter 11 cases, together with the last four digits of each Liquidating Debtor's federal tax identification number, are as follows: Inabensa USA, LLC (2747); and Abengoa Bioenergy Holdco, Inc. (8864).

    B.    Certificate of No Objection Regarding the EPC Liquidating Trustee's Ninth Omnibus (Non-Substantive) Objection to Claims [D.I. 2254, Filed 7/17/20].

    **Responses Received**: None.

    **Status**: A certificate of no objection has been filed for this matter, therefore, no hearing is necessary unless the Court has any comments or questions.

3.    EPC Liquidating Trustee's Tenth Omnibus (Substantive) Objection to Claims [D.I. 2243, Filed 6/22/20].

    **Response Deadline**: July 15, 2012 at 4:00 p.m. (ET).

    **Related Pleadings**:

    A.    Declaration of Timothy Daileader in Support of EPC Liquidating Trustee's Tenth Omnibus (Substantive) Objection to Claims [D.I. 2244, Filed 6/22/20].

    B.    Certificate of No Objection Regarding the EPC Liquidating Trustee's Tenth Omnibus (Substantive) Objection to Claims [D.I. 2255, Filed 7/17/20].

    **Responses Received**: None.

    **Status**: A certificate of no objection has been filed for this matter, therefore, no hearing is necessary unless the Court has any comments or questions.

4.    Tenth Motion to Extend the Claims Objection Bar Date Under Plan [D.I. 2250, Filed 7/3/20].

    **Response Deadline**: July 15, 2012 at 4:00 p.m. (ET).

    **Related Pleadings**:

    A.    Certificate of No Objection Regarding Tenth Motion to Extend the Claims Objection Bar Date Under Plan [D.I. 2252, Filed 7/17/20].

    **Responses Received**: None.

    **Status**: A certificate of no objection has been filed for this matter, therefore, no hearing is necessary unless the Court has any comments or questions.

| | |
|---|---|
| Dated: July 20, 2020<br>　　　Wilmington, Delaware | DLA PIPER LLP (US)<br><br>　*/s/ R. Craig Martin*<br>R. Craig Martin (DE 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>E-mail: craig.martin@dlapiper.com<br><br>　　　　　- and –<br><br>Richard A. Chesley (admitted pro hac vice)<br>444 W. Lake Street, Suite 900<br>Chicago, Illinois 60606-0089<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>E-mail: richard.chesley@dlapiper.com<br><br>*Counsel for the Reorganized Debtors* |

EAST\175392642.1